JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0371-MCE |
| Plaintiff, | DEFENDANT DWAYNE LAMONT SLATER'S STIPULATION AND ORDER -- STATUS |
| v. | CONFERENCE RE: SENTENCING |
| DWAYNE LAMONT SLATER, et. al., | |
| | Dated: September 19, 2006 |
| | Time:  8:30 a.m. |
| Defendants. | Hon. Morrison C. England, Jr. |

Defendant Dwayne Lamont Slater, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney William Wong, hereby stipulate and request that the Court continue the status conference regarding sentencing in this case from March 14, 2006, to **September 19, 2006, at 8:30 a.m.**

///

///

///

///

///

The Speedy Trial Act does not apply between conviction and sentencing.

Dated: March 10, 2006

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS

Attorney for Defendant
DWAYNE LAMONT SLATER

Dated: March 10, 2006

McGREGOR W. SCOTT
U.S. Attorney

By: /s/ William S. Wong
William S. Wong
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2