JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 03-371-MCE |
| Plaintiff, | ) | STIPULATION AND ORDER -- RE SENTENCING |
| v. | ) | |
| DWAYNE LAMONT SLATER, et. al., | ) | SENTENCING: Date: December 17, 2009 Time: 9:00 a.m. Hon. Morrison C. England, Jr. |
| Defendants. | ) | |

Defendant Dwayne Lamont Slater, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney William Wong, hereby stipulate and request that the Court vacate the status conference regarding sentencing on October 1, 2009 and set the following schedule for disclosure of the presentence report, for filing of objections to the presentence report, and for sentencing:

**Date of Referral to Probation Officer:**          **October 1, 2009**

**Judgment And Sentencing Date:**          **December 17, 2009, 9:00 am**

**Motion for Correction of the PSR
  shall be filed with the court
  and served on the probation officer
  and opposing counsel no later than:**          **December 10, 2009**

| | |
|---|---|
| **The presentence report shall be filed with the court and disclosed to counsel no later than:** | **December 3, 2009** |
| **Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than:** | **November 26, 2009** |
| **The proposed presentence report shall be delivered to the probation officer and opposing counsel no later than:** | **November 12, 2009** |

Counsel for defendant Dwayne Slater will serve a copy of this stipulation and order on the probation office.

Dated:  September 29, 2009

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS

Attorney for Defendant
DWAYNE LAMONT SLATER

Dated:  September 29, 2009

LAWRENCE BROWN
U.S. Attorney

By:

/s/ William S. Wong
William S. Wong
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:  September 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE