JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DWAYNE LAMONT SLATER, et. al.,<br><br>        Defendant.<br>_____ | No. CR-S 03-371-MCE<br><br>ORDER RE ADDENDUM TO PRESENTENCE REPORT<br><br><br><br>Hon. Morrison C. England, Jr. |

    For the reasons state orally in court at defendant Dwayne Lamont Slater's sentencing hearing on April 29, 2010, the Court adopts the Addendum regarding security issues prepared by Mr. Slater's counsel and provided to the probation officer and orders that this order and the Addendum be attached to the final Presentence Report. For security and family visitation reasons, the Court also recommends that the Bureau of Prisons place Mr. Slater in the non-disruptive pen at USP Atwater to the extent that is consistent with Mr. Slater's security classification and space availability.

Dated: April 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE