UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DWAYNE LAMONT SLATER, BILLY RAY GIBSON, MICHAEL DENNIS WILLIAMS, DELISHIA MONET GILBERT, DEREK LADONTE MADDOX, AND BRENT DELVALEN BLAKE,<br><br>Movants. | No. 2:03-cr-0371-MCE-EFB P<br><br>ORDER |

Dwayne Lamont Slater, Billy Ray Gibson, Michael Dennis Williams, Delishia Monet Gilbert, Derek Ladonte Maddox, and Brent Delvalen Blake (hereafter "movants") have filed motions to vacate, set aside, or correct their sentences pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. After extensions of time, movants have filed objections to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2018, (ECF No. 1088) are ADOPTED in full;

2. The motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by movants Slater, Gibson, Williams, Gilbert, Maddox and Blake (ECF Nos. 1023, 1025, 1029, 1030, 1031, 1032) are DENIED;

3. The Clerk is directed to enter judgments accordingly; and

4. The Clerk is directed to close the companion civil cases: No. 2:16-cv-1322-MCEEFB, No. 2:16-cv-1326-MCE-EFB, No. 2:16-cv-1393-MCE-EFB, No. 2:16-cv-1394-MCE-EFB, No. 2:16-cv-1395-MCE-EFB, and No. 2:16-cv-1397-MCE-EFB.

IT IS SO ORDERED.

Dated: October 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE