UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-cr-0371-MCE-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| DWAYNE LAMONT SLATER, BILLY RAY GIBSON, MICHAEL DENNIS WILLIAMS, DELISHIA MONET GILBERT, DEREK LADONTE MADDOX, BRENT DELVALEN BLAKE, AND KENNETH DEANDRE RODGERS, | |
| Movants. | |

Movants have filed motions to vacate, set aside, or correct their sentences pursuant to 28 U.S.C. § 2255. On October 16, 2018, the court denied their motions, but did not issue or deny certificates of appealability at the time the final orders were entered. See ECF Nos. 1104, 1105; see also Rule 11(a), Rules Governing § 2255 Cases

///

///

///

///

///

1

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the magistrate judge's June 18, 2018 findings and recommendations (ECF Nos. 1088, 1089), movants have not made a substantial showing of the denial of a constitutional right. Accordingly, the Court declines to issue a certificate of appealability and the Clerk of the Court shall terminate ECF No. 1108 (Movants' Joint Motion for Certificates of Appealability).

IT IS SO ORDERED.

Dated:  October 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE