IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE LAMONT SLATER,<br><br>Defendant. | CASE NO. 2:03-CR-00371-MCE-EFB<br><br>ORDER |

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and based upon the unopposed motion filed by the United States and the Court's pronouncement at sentencing in this case, the judgment and commitment order is hereby ordered corrected in order to list the total amount of restitution owed by defendant Dwayne Slater as $796,659.75, correcting the previous judgment and commitment order. The hearing set at 10:00 a.m. on Thursday, October 10, 2019, is hereby VACATED.

IT IS SO ORDERED.

Dated: October 7, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE