John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE LAMONT SLATER,<br><br>Defendant. | No.  2:03-CR-0371-MCE<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Hon. Morrison C. England, Jr.<br>U.S. District Judge |

Defendant Dwayne Lamont Slater, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A), *nunc pro tunc to April 23, 2020* when counsel first started working on this matter.  Mr. Balazs had previously represented Mr. Slater in the underlying criminal proceedings and with respect to a motion under 28 U.S.C. § 2255.

///

///

///

///

///

The Office of the Federal Defender supports this appointment given its limited resources.  See General Order 595.

                                             Respectfully submitted,

Dated:  June 12, 2020

                                          /s/ John Balazs
                                          John Balazs
                                          Attorney for Defendant
                                          DWAYNE LAMONT SLATER

       IT IS SO ORDERED.

Dated:  June 16, 2020

*[Signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE