JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-CR-0371-MCE |
| Plaintiff, | |
| v. | **ORDER TO SEAL DOCUMENTS** |
| DWAYNE LAMONT SLATER, | |
| Defendant. | |

Defendant's request to seal Exhibit 4 to defendant's June 13, 2020 motion to reduce sentence is GRANTED, and that Exhibit is to remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE