McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| DWAYNE LAMONT SLATER, | |
| Defendant. | |

**STIPULATION**

1. Defendant Dwayne Slater filed a motion for reduction in sentence and compassionate release on June 13, 2020. Docket No. 1166. Pursuant to local rule, the government's response is due by June 22, 2020, and any reply filed by June 25, 2020.

Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion because the underlying medical records are voluminous and this motion is one of many compassionate-release currently pending. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 1166, be due on July 2, 2020; and

    b) The defense reply, if any, will be due on July 9, 2020.

IT IS SO STIPULATED.

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: June 22, 2020

                                            */s/ Jason Hitt*
                                            JASON HITT
                                            Assistant United States Attorney

Dated: June 22, 2020                                  /s/ *John P. Balazs*
                                            JOHN P. BALAZS
                                            Counsel for Defendant Dwayne Slater

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)      The government's opposition or response to defendant's motion, Docket No. 1166, is due on July 2, 2020;

      b)      The defense reply, if any, will be due on July 9, 2020.

IT IS SO ORDERED.

Dated: June 26, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE