1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| DWAYNE LAMONT SLATER, | |
| Defendant. | |

**STIPULATION**

1. Defendant Dwayne Slater filed a motion for reduction in sentence and compassionate release on June 13, 2020. Docket No. 1166. The government's response is due by July 2, 2020, and any reply filed by July 9, 2020.

Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion because the underlying medical records are voluminous and this motion is one of many compassionate-release currently pending. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 1166, be due on July 6, 2020; and

    b) The defense reply, if any, will be due on July 13, 2020.

IT IS SO STIPULATED.

Dated: July 1, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: July 1, 2020

/s/ *John P. Balazs*
JOHN P. BALAZS
Counsel for Defendant Dwayne Slater

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 1166, is due on July 6, 2020;

    b)    The defense reply, if any, will be due on July 13, 2020.

IT IS SO ORDERED.

Dated: July 7, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE