JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE LAMONT SLATER,<br><br>Defendant. | No. 2:03-CR-0371-MCE<br><br>**ORDER TO SEAL DOCUMENTS** |

Good cause having been shown, it is hereby ordered that the declaration of counsel John Paul Balazs with respect to defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  July 17, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE