# EXHIBIT 1B



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution I*

P.O. Box 1000
Butner, North Carolina 27509

Date:      April 27, 2022

REPLY TO
ATTN OF:   R. Ramos, Warden
           FCI I Butner, North Carolina

TO:        SLATER, Dwayne Lamont
           Register Number: 01235-112

Subject:   Reduction in Sentence

This memorandum is in response to Request to Staff dated March 29, 2022, in which you request to be considered for a reduction in sentence under medical conditions criteria and concerns about COVID-19.

At this time, you do not meet the guidelines outlined in Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 (c)(1)(A) and 4205(g), Section 3b., Debilitated Medical Condition. You do not have a debilitated medical condition and you are independent in your activities of daily living and your current medical conditions remain under control. Accordingly, your RIS request is denied at this time.

At present, you are receiving appropriate medical care and treatment by Health Services staff. We are committed to providing you with the necessary and appropriate care for your medical needs.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern

the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

---

FROM: 01235112
TO: BUT/RISCoordinator
SUBJECT: ***Request to Staff*** SLATER, DWAYNE, Reg# 01235112, BUT-W-A
DATE: 03/29/2022 11:38:37 AM

To: Mrs.Cook
Inmate Work Assignment: safety

Dwayne Lamont Slater Register# 01235-112 request for reduction in sentence (RIS) and or compassionate release based on extraordinary and compelling circumstance's Slater's request is based on his debilitated medical condition's and vulnerability to Covid-19,his stacked 924(C) sentence's his family circumstance's and his remarkable rehabilitation.

Medical Condition's:1.Morbid obesity,2. Hypertension,High blood pressure 3.Pre Diabetes,4.Congenial Scoliosis,5.Chronic pain 6.High cholesterol,7.Peripheral Neurotrophy,8.Renal Failure,9.Acid reflux. Slater also takes medication for each illness.

Medical Neccesities:Special shoes,Cane,Back brace,Lower bunk pass and Lower Tier pass,Orthotics.

Family Circumstances: Slater is also needed at home due to the death of Slater's sister in November 2021.She left behind 21 Grand kid's Slater's eldest sister Laura is in her 60's with medical conditions that limit's her to do certain things. Laura is raising (6) of the children's which range in age 5-15. She has no help,support or assistance in raising the kids she's doing it alone. The assistance and help of Slater is much needed to help care for these children.

Slater entered Federal custody in 2003.He pled guilty to (9) bank robberies and 2 924(c) charges.In 2018 congress passed the first step act (FSA) if slater was sentenced today the (FSA) would result in a lower sentence and his immediate release.

Slater has demonstrated remarkable rehabiliation.Slater has participated in numerous BOP programs to include: Victim impact/restorative justice,Criminal thinking,out for life re-entry program,critical thinking classes,social lecture series,parenting,anger management course,threshold,forklift training and many more and Slater has also taken pest management course from Perdue University and will have a job in safety and sanitation field.

Verifiable release plan and combination of factors:
I will be staying with my sister Laura Lambert in Turlock California ▮▮▮▮▮ ave. Turlock Cal.95380 phone # (209)▮▮▮▮▮
I will be working in the field of safety and sanitation,at foster farm's safety and sanitation department. Also will be going to truck driving school to pursue career in truck driving as well as signing up at MTI to complete my certification in safety and sanitation. I took a course in this field from Perdue University while incarcerated at Butner Medium 1.

While incarcerated Slater has completed numerus programs and classes. He has done many classes and certification training with his time and helped many inmates in training and is has also worked through the Covid pandemic to make sure staff and inmates were safe as possible worked many hours,days putting his health and life at risk.Never had any down time while incarcerated at FCI Butner 1



**UNITED STATES GOVERNMENT**
# MEMORANDUM

*Federal Correctional Complex*
*Federal Correctional Institution*
*Post Office Box 1000*
*Butner, North Carolina, 27509*

---

May 5, 2020

John Balazs
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814

RE:   SLATER, Dwayne Lamont
         Reg. No.: 01235-112

Dear Mr. Balazs:

This in response to your letter dated April 24, 2020, regarding Dwayne Slater, who is confined to the Federal Correctional Institution I, Butner, North Carolina. In your letter, you request the Bureau of Prisons consider the release of Mr. Slater to home confinement or compassionate release, due to health concerns surrounding the Coronavirus pandemic.

The Bureau of Prisons staff are carefully reviewing cases based on guidance from Attorney General Barr. Staff are reviewing, for home confinement eligibility, the cases of inmates who have several discretionary factors to include age and vulnerability to COVID-19; security levels to include low and minimum; a review of offense history to ensure it does not involve violence; conduct in prison; existing terminal and debilitated medical conditions and/or who are elderly and have served two-thirds of the term of imprisonment, as indicated in the current agency policy for Home Confinement under the First Step Act.

A review of Mr. Slater's case reveals factors that exclude him from priority consideration for home confinement, pursuant to the CARES Act. Namely, his offense of conviction and security level. Notwithstanding, he will be considered for halfway house and home confinement placement, when appropriate, under existing BOP policy.

To the extent you request Mr. Slater be considered for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i), Mr. Slater's Unit Team will provide him with appropriate forms to request such.

Sincerely,

*B. Sullivan*

B. Sullivan
Warden

**U. S. Department of Justice**  
**Federal Bureau of Prisons**

*Inmate Request to Staff Member - RESPONSE*  
*FCI I/FPC, Butner, North Carolina*

---

TO:  **SLATER, Dwayne Lamont**  
Register No: 01235-112  
Unit: FCI I, W03-135L

This is in response to your attorney's request that you be considered for home confinement or compassionate release, based upon the COVID-19 pandemic.

Bureau of Prisons staff are carefully reviewing cases based on guidance from Attorney General Barr. Staff are reviewing the cases of inmates who have several discretionary factors to include age and vulnerability to COVID-19; security levels to include low and minimum; conduct while in prison; minimum recidivism risk score; crime of conviction and assessment of danger posed by the inmate to the community; existing terminal and debilitated medical conditions and/or who are elderly and have served two-thirds of the term of imprisonment, as indicated in the current agency policy for Home Confinement under the First Step Act. A review of your case reveals that your offense of conviction and security level excludes you from priority consideration.

With respect to your attorney's request for compassionate release, if you believe you meet eligibility criteria, as outlined in the attached guidance, you must fill out the RIS Request Cop-out and Release of Information forms provided with this response.

I trust this addresses your concerns.

_____          ____5-3-20_____
C. Farrell                                              Date

*SENT TO WARDEN!!*

| BP-A0148 | INMATE REQUEST TO STAFF CDFRM | |
| --- | --- | --- |
| JUNE 10 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Social Work | DATE: MAY 19TH, 2020 |
| --- | --- |
| FROM: DWAYNE SLATER | REGISTER NO.: 01235-112 |
| WORK ASSIGNMENT: SAFETY & SANITATION | UNIT: WF |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to be considered for a Reduction in Sentence (RIS). I meet the qualifications listed under: (circle one) Terminal Medical Condition, Debilitated

DWYANE SLATER, Register Number 01235-112, renews his 24 April 2020 request for a Reduction in Sentence (RIS) and/or Compassionate Release based on extraordinary and compelling circumstances. Slater's request is based on his debilitated medical condition and vulnerability to COVID-19. His stacked 18 U.S.C. § 924(c) sentences and his remarkable rehabilitation.

1. Identified caregiver, address and phone number

   NA

2. Any medical benefits received prior to being incarcerated  **FILING UNDER THE STATURE OF 18.U.S.C 3582(C)**

   NA

3. Name of facility for continuity of care

   NA

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| --- | --- |

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder        **SECTION 6**

BP-S621.060  **AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**  CDFRM
FEB 05
U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

| Inmate Name: DWAYNE SLATER | Register Number: 01235-112 | Date: MAY 19TH, 2020 |
|---|---|---|
| | Date of Birth: 5/16/67 | Social Security Number: 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 |

I hereby authorize and request the Federal Bureau of Prisons to:

☒ release information to, or    ☒ obtain information from

Name/Facility: All Agencies and Individuals Relevant to Release Planning
Address: _____
City, State, Zip: _____

PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or ☒ Other Discharge Planning

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from  BUH Admission  to  Present .

This is to include:   ☒ Complete Record   ☒ Discharge Summary   ☒ History & Physical
☒ Operative Reports   ☒ Consultations   ☒ Progress Notes   ☒ X-ray Reports
☒ Laboratory Reports   ☒ Pathology Reports   ☐ Actual Films*#   ☐ Actual Slides*
☐ Other:_____

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality. This authorization will automatically expire three months from the date of the signature.

| Signature of Patient  *Dwayne Slater*  FAX SIGNATURE VALID ORIGINAL | Date (Month, Day, Year) MAY 19TH, 2020 | Staff Witness |
|---|---|---|

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:
☒ 1. Substance Abuse    ☒ 2. Mental Health    ☒ 3. HIV

*Dwayne Slater*                             MAY 19TH, 2020
Signature                                   Date

Deliver Records To:    (Institution Address & Fax number)
FMC Butner
Attn: Health Information
PO Box 1600
Butner, NC 27509
Phone: (919)-575-3900
Fax: (919)-575-4843

(This form may be replicated via WP)          This form replaces BP-S621Dtd AUG 96

TRULINCS 01235112 - SLATER, DWAYNE LAMONT - Unit: BUT-W-A

---

FROM: 01235112
TO: BUT/RISCoordinator
SUBJECT: SLATER, DWAYNE, Reg# 01235112, BUT-W-A
DATE: 05/20/2020

To: FCI Butner I Warden B. _SULLIVAN_
Sullivan Inmate Work Assignment: Safety

20 May 2020

FCI Butner I Warden B. Sullivan:

DWAYNE SLATER, Register Number 01235-112, renews his 24 April 2020 request for a Reduction in Sentence (RIS) and/or Compassionate Release based on extraordinary and compelling circumstances. Slater's request is based on 18 U.S.C. 3582c his debilitated medical condition and vulnerability to COVID-19, his stacked 18 U.S.C. 924(c) sentences, and his remarkable rehabilitation.

Slater suffers from morbid obesity, high blood pressure (hyper-tension), pre-diabetes, congenial scoliosis, and chronic pain and peripheral neurothopy. According to the Center for Disease Control (CDC), these medical conditions make Slater vulnerable to COVID-19 and could cause death. FCI Butner I is a COVID-19 epicenter.

Slater entered federal custody in 2003. He plead guilty to 9 bank robbery and two 924(c) charges. In 2018, Congress passed the First Step Act (FSA). If Slater was sentenced today, the FSA would result in a lower sentence. In fact, Slater would be at home.

Slater has demonstrated remarkable rehabilitation. Slater has participated in numerous BOP programs to include: Victim Impact Restorative Justice Classes, Critical Thinking Classes, Social Lecture Series, Parenting, Anger Management, and many many more. Slater has taken Pest Management from Purdue University and will have a job in the safety and sanitation field upon release.

Slater's attorney filed a request for the above to the FCI Butner I Warden on 24 April 2020. On 3 May 2020, FCI Butner I Unit Manager C. Ferrell denied the request from Slater's attorney. Despite Ferrell's intentions, he is not the Warden and has no authority to deny a RIS/Compassionate Release request.