John Balazs
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
916-447-9299
john@balazslaw.com
balazslaw@gmail.com

# EXHIBIT 2

## Letters and Records
## in Support of
## Dwayne Lamont Slater's
## Request for Home Confinement
## and/or
## Compassionate Release

Reg. No. 01235-112



**EXH 2, at 1**

### Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT   01235-112

SEQUENCE: 00095570
Report Date: 03-24-2019



| | | | |
|---|---|---|---|
| Facility: | BUT BUTNER MED I FCI | Custody Level: | IN |
| Name: | SLATER, DWAYNE LAMONT | Security Level: | MEDIUM |
| Register No.: | 01235-112 | Proj. Rel Date: | 07-09-2025 |
| Quarters: | W03-135L | Release Method: | GCT REL |
| Age: | 51 | DNA Status: | VIM05810 / 03-26-2014 |
| Date of Birth: | 05-16-1967 | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:924(C)(1) USE OF A FIREARM. | 84 MONTHS |
| 18:924(C)(1) USE OF A FIREARM. | 84 MONTHS |
| 18:2113(A) AND (D) ARMED ROBBERY (9X) | 132 MONTHS |

Date Sentence Computation Began:   04-29-2010
Sentencing District:   CALIFORNIA, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 810 | Years: 15 Months: 5 Days: | + 2404   JC - 0   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

Inmate Slater is currently serving a 300-month sentence for Use of a Firearm and Armed Robbery. He was sentenced on 4/29/2010, and has a projected release date of 7/9/2025. He arrived at Butner FCI I on 4/30/2014 as a Close Supervision transfer from Victorville FCI. At Program Reviews, he has been encouraged to program, maintain a work assignment and good work performance, maintain clear conduct, maintain family and community ties, and maintain good personal hygiene and room sanitation.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | BLOODSPILL | TRAINED FOR BLOOD SPILL RESPNS | 03-14-2019 |

### Work Assignment Summary

Inmate Slater has maintained a work assignment in a variety of areas during his incarceration, all with good work performance. He currently works in Safety and Sanitation, and he is one of the few inmates trained for Blood Spill Response. He has maintained this work assignment since 12/22/2014, with outstanding work performance. He is the "go to" for many staff and inmates on the compound, when they need supplies or have questions relating to the Safety Department.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | ESL HAS | ENGLISH PROFICIENT | 06-24-1998 |
| BUT | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-26-1998 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUT | | REENTRY PEER SUPPORT TRAINING | 03-19-2019 | CURRENT |
| BUT GP | C | CRIMINAL THINKING CLASS | 10-30-2018 | 12-18-2018 |
| BUT GP | C | WAREHOUSE FORKLIFT TRAINING | 06-20-2018 | 09-25-2018 |
| BUT GP | C | INSIDE OUT DAD PARENTING CLASS | 06-19-2018 | 09-25-2018 |
| BUT GP | C | WELLNESS AEROBICS CLASS | 02-14-2018 | 09-08-2018 |
| BUT GP | C | ART (PAINTING CLASS) | 04-07-2018 | 06-29-2018 |
| BUT GP | C | LECTURE SERIES SOCIAL SCIENCE | 03-10-2018 | 05-07-2018 |
| BUT GP | C | INTRODUCTION TO HOBBYCRAFT | 01-13-2018 | 01-17-2018 |
| BUT GP | C | HEALTH FAIR | 10-28-2017 | 12-11-2017 |
| BUT GP | C | VICTIM IMPACT | 01-25-2017 | 05-17-2017 |



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112

SEQUENCE: 00095570
Report Date: 03-24-2019

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUT GP | C | NRDAP - NON RES DAP GROUP | 09-14-2016 | 09-14-2016 |
| BUT GP | C | ANGER MANAGEMENT | 06-07-2016 | 08-09-2016 |
| BUT GP | C | TRESHOLD PARTICIPANT | 10-19-2015 | 04-21-2016 |
| BUT GP | C | INTRO TO RECREATION FACILITIES | 05-15-2014 | 05-15-2014 |
| VIM | C | SHU TARGET SPELLING 3 | 08-10-2010 | 08-17-2010 |
| VIM | C | SHU TARGET SPELLING 2 | 08-10-2010 | 08-17-2010 |
| VIM | C | SHU HOW TO BE A BETTER FATHER | 08-10-2010 | 08-17-2010 |
| VIM | C | SHU FAMOUS MALE SPORTS STARS | 08-20-2010 | 08-30-2010 |

### Education Information Summary

Inmate Slater has completed the above listed classes.  In 2017, he completed the Restorative Justice Victim Impact group, where he stood out as a leader.  Since initially completing the program, he has served as the Peer Leader for the group, coordinating and assisting staff.  Slater continues to look for ways to enhance his transcript and better himself.  He also encourages his peers, and newly incarcerated inmates to do the same.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Discipline Summary

Inmate Slater has maintained clear conduct throughout his entire period of incarceration.  He is not a management concern.  In fact, many inmates go to him with conflicts and he is able to assist them in working through their issues without incurring an incident report.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-14-2019 | CURRENT |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 01-24-2019 | 03-13-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-29-2018 | 01-24-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 09-20-2018 | 11-28-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-08-2018 | 09-20-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 04-24-2018 | 05-08-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-30-2018 | 04-24-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-29-2017 | 03-30-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-05-2015 | 08-29-2017 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-05-2014 | 08-05-2015 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-09-2014 | 12-05-2014 |
| BUT GP | A-DES | TRANSFER RECEIVED | 04-30-2014 | 05-09-2014 |
| VIM | A-DES | WRIT RETURN | 03-07-2014 | 04-24-2014 |
| VIM | A-DES | US DISTRICT COURT COMMITMENT | 08-03-2010 | 08-30-2010 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-06-2010 |
| CARE2 | STABLE, CHRONIC CARE | 05-07-2014 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-04-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-23-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-23-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 08-15-2010 |

**EXH 2, at 3**



### Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112

SEQUENCE: 00095570
Report Date: 03-24-2019

| Assignment | Description | Start |
|---|---|---|
| NR COMP | NRES DRUG TMT/COMPLETE | 09-14-2016 |

#### Physical and Mental Health Summary

Inmate Slater has no mental health concerns. He is categorized as a stable, chronic care level 2 medical inmate. He does not have any serious medical issues, and is very active, and in good shape. His medical issues are well controlled and he has no problems taking care of himself.

#### FRP Details

Most Recent Payment Plan

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 08-06-2010**
Inmate Decision: **AGREED** **$50.00** Frequency: **QUARTERLY**
Payments past 6 months: **$100.00** Obligation Balance: **$769,009.75**

##### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $50.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $1,100.00 | $1,000.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | REST FV | $769,659.75 | $769,009.75 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 03-12-2019 | BUT | PAYMENT | INSIDE PMT | $50.00 |
| | 12-12-2018 | BUT | PAYMENT | INSIDE PMT | $50.00 |

#### Financial Responsibility Summary

Inmate Slater is under contract to make payments to the Court. He regularly makes his required payments, having never missed one. The balance due on his financial obligation to the Court upon his release will be paid pursuant to a payment schedule determined by his supervising probation officer.

#### Release Planning

Inmate Slater was sentenced in the Eastern District of California. All of his family still reside in that area. He has a very extensive support system, consisting of family and friends. His release plan is with his sister in Turlock, California.

#### General Comments

Inmate Slater is what many consider a "model inmate." He has always been respectful to staff and other inmates. He is pleasant and positive, always with an encouraging word or smile for others. Mr. Slater works hard to keep himself busy in a productive manner, by programming and maintaining a work assignment with much pride and humility. He often takes younger, less experienced inmates "under his wing" to assist them in adjusting to, and being successful while incarcerated. Furthermore, Mr. Slater continues to serve as the primary Peer Leader for the Circle Keepers Victim Impact program, which is led by staff and students from Campbell University Law School. He is reliable and takes great pride and ownership of the group.



**EXH 2, at 4**

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112

SEQUENCE: 00095570
Report Date: 03-24-2019

Name:  SLATER, DWAYNE LAMONT
Register Num:  **01235-112**
Age:  51
Date of Birth:  05-16-1967
DNA Status:  VIM05810 / 03-26-2014

_____
Inmate   (SLATER, DWAYNE LAMONT, Register Num: 01235-112)

3.24.19
_____
Date


_____
Chairperson

3.24.19
_____
Date

_____
Case Manager

3.24.19
_____
Date

FCI 1 Butner Education Dept **EXH 2, at 5**
Reentry Peer Support
Course Outline

Course title: Reentry Peer Support Training

Subject: Peer-based Mentoring

Course Objective

Place: Education
Start/End: Continued Enrollment
Time: 125 hours

Specific Course Objectives:

By the end of the course, the student will learn how to;

* Provide Reentry assistance to Peers, to include those who may have special needs, non-english speakers, those with physical & mental disabilities, or substance use disorders.

* Present Reentry related subject matter to Peers, while incorporating the guiding principles and aspects of recovery.

* Communicate assertively, utilizing Active Listening skills, to provide honest & constructive feedback.

* Create individual Reentry Plans, based on Peers unique needs, incorporating SMART goals, and helping Peers to recognize risk indicators.

* Discuss assigned duties with department staff to coordinate Reentry efforts, and assist staff from a variety of departments, Recording relevant Peer data for staff.

* Instruct Peers individually and facilitate support groups, to help Peers develop skills, & assist Peers in establishing respectful, trusting, positive relationships.

* Provide coaching, mentoring & role modeling, in Reentry related education, release preparation, and recovery.

* Explain the 8 Dimensions of SAMHSA to Peers, defining Wellness and the aspects of Self-care.

_Dwayne Slater_
_Reentry Committee Member_

FCI 1 Butner Education Dept
Reentry Peer Support
Course Outline

**Method of Instruction:**

* Lectures

* In class assignments and discussions

* Demonstrations

* Simulations

* Reading

**Performance Objectives:**
To complete the course, the student should:

* Complete 5 observed Reentry Peer Support sessions.

* Explain the 8 dimensions of SAMHSA, during 1 session.

* During 1 observed Reentry Peer Support session; assist Peer in creating an individual Reentry plan, by explaining each of the 8 Reentry plan categories & 1 SMART goal.

* During at least 1 observed Reentry Peer Support session; demonstrate the Active Listening method, to rephrase a Peers' concerns/needs and then determine which Reentry resources are available, making at least 3 suggestions.

* Attend at least 2 Reentry events, during the period of enrollment.

* Volunteer at a Rentry event, at least 1 time during the period of enrollment.

* Complete the pre test and final exam

* Have 125 hours in course time.

**Requirements for completion:**
To receive credit and a certificate at the end of this course, the student must:

* Pass the final exam with 80% accuracy

* Successfully complete each performance objective

* Acquire the necessary 125 course hours

* Attend at least 2 Reentry events, volunteering at 1 event

* Complete Personal Reentry Recovery Plan

FCI 1 Butner Education Dept
Reentry Peer Support
Course Outline


Methods of Evaluation and Assessment:

* Formative assessments will be conducted periodically, via pop-quiz & class participation.

* Summative assessment will be a finale exam, requiring a score of 80% to pass.

* Learning Outcomes are listed under Performance Objectives.

* Peer reviews & feedback will be provided.

Materials and Resources:

* Reentry Directory & Clinic materials

* Reentry Recovery Plan & Check list

* Behavioral Health Mentor Training book

Scope and Sequence:

Week 1- Introduction
Students introduce themselves
Learn the program format
Ethical issues, boundaries, and specific roles

Week 2- Developing a positive attitude
Students learn Kolhbergs theory of moral development
Learn about Reciprocal Determinsim
Discuss Spectrum of Attitudes
Understand humility and optimism

Week 3- Interpersonal
Respecting diversity, avoiding stigmas & labels
Accepting criticism and taking direction
Seeking compromise & establishing boundaries

Week 4- Understanding communication
The Sender/Message/Sender theory
The projected self image
Selective proccessing
The self serving bias

Week 5- Learning to communicate
Meta-communication
Elements of communication
Styles of communication
Asking the right questions (4w2h method)

Week 6- Applying Effective Communication
Active Listening & Assertive Dialogue
The appreciative mind-set
Reframing & Constructive feedback
Establishing a positive relationship

EXH 2, at 8

FCI 1 Butner Education Dept
Reentry Peer Support
Course Outline


Week 7- Institutional Resorces
        Employment skills & Soft Skill classes
        Education Resource center
        IRPG
        Out 4 Life
        Staff Resources
        Peer Support

Week 8- Community Resources
        Safety-net
        Probation
        Local agency
        Federal agency
        Non-profits
        Hotline

Week 9- Evaluating Peer Needs
        Holistic
        Boone ties Maslows theory to addiction
        Progression of Enabling
        Defining Co-dependency
        Understanding Human development
        Realistic expectations

Week 10  Goal Setting
        Defining SMART goals
        Having a Vision Statement
        Setting Long/Short term goals
        Using Rewards (Operent Conditioning)

Week 11  SAMHSA and Wellness
        8 Dimensions of SAMHSA
        Definition of Wellness
        Aspects of Wellness
        The Recovery Wellness Plan

Week 12  Rentry Recovery Plan
        Rentry Checklist
        Identifying Transferable skills
        Locating Information
        Conducting a Self- Assessment
        Creating a Reentry Recovery Plan
        Writing a Reentry statement
        The 8 Reentry Plan categories

**EXH 2, at 9**

FCI 1 Butner Education Dept
Reentry Peer Support
Course Outline


Week 13- Reentry Recovery Tools
         Safety Net
         Resource Mapping
         Medication Management
         Crisis Intervention & De-escalating
         Time Management
         Reentry Recovery Plan

Week 14- Live Clinic
         Shadowing Instructor
         Observed Sessions
         Completing Performance Objectives

Week 15- Summative Assessment
         Demonstrations
         Presentation of Reentry Recovery Plans
         Provide records and all assignments for review
         Final  Exam

Week 16- Evaluation
         Peer reviews
         Instructor reviews
         Exam results

This course allows for open entry and exit of the class
             during continued enrollment.


Approved by;

_____          _____
ACE Coordinator                     Supervisor of Education

From: JUDGE ENGLAND
DWAYNE SLATER

# DEAR JUDGE ENGLAND

I HOPE All IS WELL WITH YOU. AS FOR ME IM FINE AND BLESSED SIR AND GOD has been WORKING IN MY LIFE. IM NOT SURE IF YOU REMEMBER ME IM DWAYNE SLATER. MR. JOHN BALAZ'S WAS MY LAWYER. ME AND MY CO-DEFENDANT'S WERE All FROM THE LOSANGELES AREA AND WE WERE ROBBING BANKS. THE REASON FOR THIS LETTER IS THAT IM ASKING THE COURT AND THE DISTRICT ATTORNEY WOULD YOU GUY'S PLEASE CONSIDER A REDUCTION OF MY SENTENCE BASED ON MY REHABILIT- ATION AND All THE THING'S IVE DONE TO CHANGE MY LIFE SINCE being IN PRISON. I WILL TRY TO EXPLAIN AS BEST AS I CAN WHY IM ASKING THE COURT TO CONSIDER THIS REQUEST. I WOULD LIKE TO SAY THAT IM NOT PROUD OF WHAT IVE DONE. WITH AGE AND CHANGE IVE ACCEPTED THE FACT THAT I didn't TAKE RESPONSIBILITY FOR THE BAD DECISION'S I MADE BACK THEN. IVE GOTTEN OLDER, WISER AND MUCH MORE MATURE AND IS ALWAY'S STRIVING TO GROW AND CHANGE MY LIFE. I HOLD MYSELF ACCOUNTABLE FOR All THE BAD CHOICE'S THAT IVE MADE, MY DECISION MAKING BACK THEN WAS TERRIBLE AND VERY IRRESPONSIBLE. I WAS CAUGHT UP IN EVERYTHING being ABOUT ME THAT I didn't SEE OR UNDERSTAND HOW SERIOUS AND DANGEROUS THE CRIMES I COMMITTED WERE. I DIDN'T EVEN TAKE INTO CONSID- ERATION HOW MY CRIMES AFFECTED MY VICTIM'S. I CANT believe THAT I WAS THAT SELFISH. I'VE COME TO UNDERSTAND THAT WHAT IVE DONE IMPACTED THE BANK TELLER'S FAR BEYOND WHAT I COULD EVER IMAGINE. IM SORRY FOR WHAT I PUT THEM THROUGH. I WISH I COULD TAKE THIS All BACK AND DO IT DIFFERENTLY. I CANT JUSTIFY MY ACTION'S BECAUSE I WAS WRONG. I ACCEPT THIS. BACK THEN I POINTED THE FINGER AT EVERY ONE ELSE; IT WAS EVERY ONE ELSE FAULT BUT MY OWN. I BLAMED THE JUDGE, MY CO-DEFENDANTS, THE DISTRICT ATTORNEY FOR (MY) MISTAKE'S. I UNDERSTAND THAT I CANT BLAME ANY ONE BUT MYSELF FOR THE POOR CHOICE'S AND DECISION'S I MADE. THE COURT'S WAS ONLY DOING WHAT IT WAS SUPPOSE TO DO, DOING IT'S JOB AND

2

THAT WAS TO CONVICT ME BECAUSE I BROKE THE LAW. BACK THEN I THOUGHT THAT IT WAS ALL ABOUT ME AND I WASN'T MATURE OR MAN ENOUGH TO ACCEPT MY WRONG AND UNDERSTAND THAT IT WAS ABOUT WHAT I DID. JUDGE I'M NO LONGER THE IMMATURE, SELFISH, IRRESPONSIBLE PERSON I WAS WHEN I SAT IN FRONT IN YOUR COURT ROOM 16 YEAR'S AGO. I'VE CHANGED MY LIFE COMPLETELY. I'VE DONE EVERYTHING POSSIBLE TO STAY ON THAT PATH. THE 25 YEAR'S THAT I WAS GIVEN helped ME TO REALIZE THAT I MUST CHANGE MY LIFE. I'M GETTING OLDER AND WITH AGE COME'S WISDOM, KNOWLEDGE AND UNDERSTANDING. I'VE BEEN MENTORING TO INMATE HERE IN PRISON. I'M ALWAY'S TALKING TO THE YOUNG MEN ABOUT CHANGING THEIR LIVE'S AND GETTING OUT OF THE GANG'S. I'VE EVEN GOT A FEW TO GET THEIR G.E.D. I'M ON THE RE-ENTRY COMMITTEE HERE AT BUTNER #1 I'M ALWAY'S DOING MY best TO help NOT ONLY myself BUT OTHER'S AS WELL. THE guy's HERE REALLY HAVE ALOT OF RESPECT FOR ME BECAUSE I LEAD by example AND ALWAY'S being positive, DOING positive THING'S AND IS ALWAY'S AVAILABLE TO ANY ONE WHO NEED'S ADVICE OR SOME ONE TO TALK TO. IT MAKE'S ME FEEL good TO KNOW THAT I'M giving BACK EVEN THOUGH I'M IN PRISON. I'VE TAKEN A COLLEG'S COARSE FROM PURDUE UNIVERSITY IN SAFETY & SANITATION / PEST CONTROL. I'M PROUD TO SAY I PASSED THE FINAL EXAM WITH A 97%. I NEVER THOUGHT IN A MILLION YEAR'S THAT I WOULD HAVE ANYTHING TO DO WITH COLLEGE. I'VE TAKE ALL THE IMPORTANT group's THAT I KNEW I NEEDED THAT WOULD help ME IN TRANSITIONING BACK INTO AN ASSET TO SOCIETY NOT A LIABILITY. THE group's THAT I TOOK WERE ALL OF SUBSTANCE TO ME AND WERE TAUGHT BY PROFESSOR'S AND PSYCHIATRIST. THEY WERE

3

ALL THE BAD CHOICE'S AND DECISION'S I MADE. I'VE TAKEN THE DRUG ABUSE group, PARENTING, ANGER MANAGMENT, COGNITIVE THINKING, THRESHOLD SPIRITUAL gROWTH PROGRAM, CRIMINAL THINKING, CRITICAL THINKING, SOCIOLOGY COLLEGE LECTURE SERIES, FORKLIFT TRAINING CLASS, COLLEGE COARSE FROM PURDUE UNIVERSITY, VICTIMS IMPACT, RESTORATIVE JUSTICE. AT THIS TIME I'M ENROLLED IN OSHA CERTIFICATION CLASS, RE-ENTRY COMMITTEE. I'M THE ONLY INMATE IN THE INSTITUTION THAT CAN WORK WITH BLOOD PATHOGEN'S, BIO HAZARDOUS WASTE MILDEW, PEST CONTROL ETC. I TRAIN ALL THE INMATE'S THAT ARE HIRED TO WORK IN THE SAFETY DEP'T HERE IN BUTNER DUE TO MY EDUCATION AND WITH OSHA CERTIFICATION I'M EMPLOYABLE WITH ANY COMPANY IN THE FIELD OF SAFETY, SANITATION PEST CONTROL. THAT WAS THE GOAL TO LEARN A SKILL THAT COULD MAKE GOOD MONEY AND THAT'S WHAT I DID. I'M DEMONSTRATING A COMMITTMENT TO REFORM WITH WORD'S AND ACTION'S. JUDGE ENGLAND I'M NO LONGER A PUBLIC SAFETY FACTOR. I'M NEVER GOING TO REOFFEND. I'M ON THE RIGHT PATH. I FINALLY GOT IT TOGETHER. I KNOW WHAT I'M GOING TO DO WHEN I GO HOME. I NO LONGER ASSOCIATE WITH MY FRIEND'S FROM THE PAST. I'M NO LONGER A GANG MEMBER. THAT WAS ONE THE biggEST AND DUMBEST MISTAKE I EVER MAKE IN MY LIFE. I'M A GRANDFATHER NOW AND IS GETTING OLDER IN PRISON. I'VE BEEN REAQUINTED WITH A BEAUTIFUL WOMAN FROM MY PAST THAT I PLAN TO MARRY ONCE I'M HOME AND STABLE. I'M READY TO LIVE A NORMAL LAW ABIDING LIFE. I'M TIRED SIR AND IS READY TO LIVE LIFE OF WORKING HARD AND OBEYING THE LAW. I'VE DEALT WITH MY PAST AND FIGURED OUT WHAT I NEED TO DO AND WHAT I'VE DONE. THANK'S TO ALL THE PROGRA

4

I'VE TAKEN I'VE GOT THE CHANCE TO FIND MYSELF AND LOVE MYSELF ENOUGH TO WANT TO CHANGE AND MAN UP. THESE GROUP'S GAVE ME THE TOOL'S I NEEDED TO HELP CHANGE MY LIFE AND WAY OF THINKING. THEY WERE A CHALLENGE BUT WHAT I NEEDED. THE VICTIM'S IMPACT GROUP IS THE GROUP THAT HELPED ME THE MOST. IT HELPED ME TO UNDERSTAND JUST HOW MUCH MY CRIMES NOT ONLY AFFECTED MY FAMILY BUT THE LIVE'S OF MY VICTIM'S AS WELL. MY DADDY DIED WHEN I WAS 10 YEAR'S OLD. HE WAS MY EVERYTHING I WAS VERY CLOSE TO HIM. AFTER HE DIED OF CANCER AT THE AGE OF 35. MY WHOLE LIFE CHANGED I TOOK THE WRONG PATH BECAUSE I LOVED AND MISSED HIM SO MUCH AND HE WAS NO LONGER THERE. I CLOSED UP AND MY MOTHER DIDN'T HAVE THE MONEY TO GET ME THE COUNSELING I NEEDED TO ACCEPT HIS DEATH. I'M NOT USING THE DEATH OF MY DADDY TO JUSTIFY THE BAD CHOICE'S AND DECISION'S I MADE BECAUSE I CANT. BEING IN VICTIM'S IMPACT SHOWED ME THAT I HAD SO MUCH SUPPRESSED HURT, LONELINESS INSIDE. I CRIED AND THE HEALING PROCESSED STARTED. I NEVER CRIED WHEN MY DADDY DIED BECAUSE AS A KID I THOUGHT BEING STRONG WASN'S TO CRY. MY MOTHER PASSED IN 2005 WHILE I WAS IN YOLO COUNTY JAIL. I FELT SO MUCH GUILT BEHIND HER DEATH THAT I COULDN'T EVEN LOOK AT OR OPEN HER OBITUARY. THANK'S TO PROFESSOR POWELL AND THE VICTIM'S IMPACT STAFF FOR THE FIRST TIME IN 2019 JAN. I WAS ABLE TO LOOK AT THE FRONT OF MY MOM'S OBITUARY. I FELT GOOD TO CRY I'M HEALING BUT HAVE MORE TO DO. VICTIM'S IMPACT HAS BEEN A LIFE CHANGING EXPERIENCE. THIS GROUP AND THE STAFF REALLY HELPED ME. MY SON DOMINIQUE HE WILL BE GRADUATING IN JUNE OF 2019. HE HAS CANCER (LEUKEMIA) MORE THAN LIKELY WILL BE GOING INTO THE HOSPITAL FOR TREATMENT FOR A TIME ME AND HIS MOM DON'T KNOW. SHE'S GOING TO NEED MY HELP WITH OUR SON. I WANT TO BE THERE TO HELP HER WITH HIM. IT'S HARD ON HER DOING IT ALL BY HERSELF. WE'VE BEEN DEALING WITH THIS SINCE MY SON WAS 8 YEAR'S OLD. IT'S HARD ON THE BOTH OF US

5

NOT KNOWING WHAT'S GOING TO HAPPEN TO OUR SON. I JUST WANT TO BE ABLE TO BE THERE FOR MY FAMILY. THEY NEED ME I REALLY NEED AND WANT TO BE THERE. I GOT REALLY CLOSE TO MRS LINDA SIMMONS SHE IS APART OF THE VICTIM'S IMPACT GROUPS. HER SON WAS KILLED AND SO WAS MINE IN 2012. MY SON BECAME SOMETHING I NEVER WANTED HIM TO BECOME MY SON BECAME A GANG MEMBER AND WAS KILLED. THIS IS THE MOST PAINFUL THING I'VE HAD TO ENDURE WHILE DOING THIS TIME. THE GUILT, THE SHAME, THE HURT, THE PAIN THAT COMES ALONG WITH HIS DEATH WAS UNBEARABLE AND HEART BREAKING. I FELT THAT I FAILED HIM I LEFT HIM OUT THERE TO BE MISLED, MANIPULATED AND USED BY THE SAME TYPE OF GUYS THAT I ONCE WAS AND WAS MISLED BY. MRS. LINDA HELPED ME TO SEE THAT THERE IS FORGIVENESS AND WE HAVE TO LEARN TO FORGIVE OURSELVES. THE TEARS WERE LIMITLESS. IM STILL HEALING, IM STILL GROWING AND IM STILL FORGIVING. I EVEN FORGAVE THE MAN WHO KILLED MY SON. THE OLD ME WOULDN'T HAVE BUT THE MAN I AM TODAY DID. THANK GOD FOR CHANGE. IT DONT TAKE A MAN 20 PLUS YEARS TO CHANGE HIS LIFE HE JUST HAVE TO WANT TO CHANGE AND BE SINCERE WITH HIMSELF. I'VE DONE JUST THAT I'VE CHANGED AND GOT MY LIFE TOGETHER. IM NO LONGER THE MAN THAT SAT IN FRONT OF YOU 16 YEARS AGO. I TRULY AM THE MAN MY MOTHER AND FATHER WOULD BE PROUD OF. I MISS MY FAMILY AND KID'S JUDGE. I HAVE THE SUPPORT OF MY ENTIRE FAMILY. I HAVE A JOB AND A PLACE TO STAY WHEN I GET HOME. IM READY I CAN HONESTLY SAY THIS TIME. MY PASSION IS TO GET OUT AND TALK TO THE YOUTHS. IM GOING TO TELL THEM MY STORY AND DO COMMUNITY WORK TO HELP THEM. I DONT WANT TO SEE THEM GET MISLED LIKE MY SON DWAYNE DID. THANK YOU FOR READING THIS LETTER JUDGE ENGLAND. PLEASE CONSIDER THIS REQUEST I PROMISE YOU THAT I WANT DISAPPOINT OR LET YOU DOWN. I'VE HAD NO DISCIPLINARY WRITE UPS        RESSPECTIVLLY DWAYNE SLATE WHILE IN PRISON. NOT ONE

**EXH 2, at 15**

① I'VE HAD NO DISCIPLINARY WRITE UP'S SINCE BEING IN PRISON

② I PAY MY FINE'S AND RESTITUTION ON TIME LIKE THE COURT ORDERER

③ I'M 52 YEAR'S OLD NOW

④ I'VE BEEN INCARCERATED 15 1/2 YEARS.

⑤ MY RELEASE DATE IS', JULY 9TH, 2025

EXH 2, at 16

DEAR SON

I WANT YOU TO KNOW THAT I LOVE YOU. THERE IS going to come a time when you will grew up and become a man, the thing's that you are going to have to face being a young black man is going to surprise you as well as shock you. But dont let it, because racism and self perserverance has always been around. I want you to know that no matter what you are faced with know that you can do anything you set your mind to do. You can do all the thing's society said you cant do or accomplish. With my experience's in life I can atest to you that there are going to be many obstacle's in your way. Let these obstacle's motivate you to be successful at everything you do. Most importantly you must get an education and apply yourself, help other's and strive to make a difference. One day your going to have children experience life and set great example's for them because they are the future. Be able to tell them more about life and be in a position to tell them more than to get a job, work hard, and go to school. You have to be man enough and wise enough to give them more than just these thing's. This is why you (MUST) be mindful that your action's, your words, your guidance, your example and teaching's has to be the one's they see you live, practice and breath. Your example's are the most important one's that are going to mold them into the men they are going to be. Your values and moral's are going to become their's. So be sure you show them the right thing's. God is watching so am I, DAD.



A LETTER TO MY SON THAT I WROTE IN SOCIOLOGY CLASS.

EXH 2, at 17



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Pastoral Care Department                                FCC Butner, NC 27509-1500

April 5, 2019

**MEMORANDUM FOR THE HONORABLE MORRIS C. ENGLAND, JR.**

**FROM:**        Leon D. Parker, Chaplain

**SUBJECT:**    Dwyane Slater (01235-112)

This correspondence is in reference to the character of Mr. Dwyane Slater. For the last seven years, I have had the unique honor to know Mr. Slater to be a man of integrity, man of principle and most importantly a man of God.

While at Butner, Mr. Slater has continued to grow in his faith as a member of the Christian community. During my time as chaplain, at FCI-1, I have witnessed Mr. Salter spiritual growth firsthand. Additionally, Mr. Slater works as a Clerk in safety department where he is responsible for insuring that all areas of the institution are in compliance with the federal safety standards. Mr. Slater has an impeccable work ethic and positive attitude inside the institution.

Realizing his need to for transformation, since his incarcerated he has participated in threshold spiritual program, re-entry peer support training, and non-residential dap program .What's more, in conjunction with Campbell University Law School, Mr. Slater is charter member of the newly established victim impact and inmate support group, where he serves as a peer group leader.

I believe Mr. Slater is ready to make a positive difference in society as he has in prison. In conclusion, let me state unequivocally that I have full confidence in Mr. Slater. Although I witness numerous prisoners and their spiritual development, only a few appear to be genuine. I can say without fear of contradiction that Mr. Slater is among those few.

**DATE: April 02, 2019**

**REPLY TO** *R. McNeill*
**ATTN OF: R. McNeill, Safety Compliance Specialist**

---

**SUBJECT: Dwayne Slater # 01235-112**

Inmate Slater, has continue to display a positive attitude and great work performance since his arrival at FCC Butner.

Mr. Slater, has increase his knowledge of health and safety requirements that has improve our Environmental Health and Safety operations. Mr. Slater, has obtain certifications in Blood Spill Operations, Purdue University Pest Control, Lock Out/ Tag Out procedures, National Fire Protection Policy Requirement, and Department Of Labor Janitorial Correspondence Course.

During the past five years, Mr. Slater, has improved his overall character for future goals after his release. No negative dispensary problems or work performance issues while at FCC Butner.

I truly recommend any authorize early release remedy that can assist Mr. Slater.

Our agency has provided a great opportunity for Inmate Slater, to continue making better life changing decision.

DATE:        April 11, 2019

FROM:        *C. Atkinson II*
             Clarence C. Atkinson II, Safety

REFERENCE:        Letter of Recommendation

TO:    Whom it may Concern,

During my tenure with Mr. Slater, he has always demonstrated an exceptional mastery of professional skills. He continuously seeks to broaden his professional horizons as an employee. Mr. Slater over the years of service provides an intellectual atmosphere conducive to the stimulation and interchange of ideas among his peers during day to day operations. When given a task he effectively communicates management decisions to achieve understanding and acceptance with his co-workers.

Mr. Slater maintained our pest control program which includes training others in the proper mixture and application of EPA registered use and technical grade pesticides. His pest control management included a 3,650 sq.ft Food Service warehouse with dry and perishable items. He develop, and assist other management with the development of local policy, which is based on national directives. Slater monthly participates with management officials in the formulation, implementation, and evaluation of policies, procedures and programs including strategic planning process.

Mr. Slater attend and actively participate in various company committees and/or meeting as assigned, including Work Programming, Energy Conservation, Safety Environmental Management Systems, Budget. Slater is encouraged to achieve one of the following professional certifications: Certified Hazardous Material Materials, Certified Safety Professional, and Certified Environmental Safety Management.

To all of the gracious "homies"
of the Butner Circle,

I want to first say Thank You!
Everyday you remind us of how
important we have been to you, but
I want you all to know how much
you have meant to me. Your presence
has been gigantic. Each person,
Each Story, Each Struggle has made
me grow in love and equipped me
with ammunition to fight for Justice
with a renewed lense.

I appreciate your humility, strength, and
courage. I will forever member Jose,
Joey, Eddie, Troy, O.C., Drew and our
beloved friend Derek Price...

You are the reason why I exist. I pray
that we reflect on our times in this
Circle and we all commit to GETTING BETTER

EVERYDAY!
Until we meet again...
    Peace & Love,
        Michael



DWAYNE SLATER

LETTER
FROM
MICHAEL DAVIS
PEER GROUP PARTICIPANT
(CIVILIAN)

PROFESSOR JON POWELL
RESTORATIVE JUSTICE
DIRECTOR
CAMPBELL UNIVERSITY



DWAYNE SLATER

RESTORATIVE JUSTICE / VICTIM IMPACT GROUP
DWAYNE SLATER - PEER GROUP LEADER & MENTOR



EXH 2, at 22

March 4, 2019

To Whom it May Concern:

I am happy to provide this letter of recommendation for Dwayne Slater, #01235-112, better known to me as "Dru."

I am an attorney and director of the Restorative Justice Clinic at the law school at Campbell University in Raleigh, NC. Our clinic began conducting Restorative circles in Federal Correctional Institution 1 in Butner about four years ago. Dru volunteered to join one of our circles in January, 2017, not really knowing a lot about the circle except that it purported to increase victim awareness and to prepare men for release from prison. When I first met Dru, he seemed quiet and in a lot of emotional pain but very genuine and courageous in his desire to join something that was largely unknown to him and the other men. In the early days, Dru apologized a lot for falling asleep during circle, but then explained that he was plagued with guilt, shame and remorse and was not sleeping at night.

Dru eventually shared his story in detail and cried as he released years of pent up emotion. I believe his healing journey began that day as we watched the weight of his guilt begin to melt away. Of all the circles we have held in multiple prisons, I saw the biggest transformation in Dwayne Slater. He was so excited about the healing he experienced, he immediately wanted to help others. He asked to become a peer keeper in following circles and has emerged as a tremendous leader among his peers. Dru has handled multiple issues that have come up during circle and even acted as a mediator between other inmates.

This fall, Dru is serving as a peer circle keeper for his fourth semester with us. We greatly value his leadership as he helps to recruit the right men, set up our room and handle any other issues as they arise. Our program runs very smoothly and that is a direct result of his leadership, character and desire to help others.

I hope my words will give a glimpse into the rehabilitation that I have witnessed in Dwayne Slater. The other men in the circle and also in the regular population have a great deal of respect for his integrity and wisdom and desire to help others. As a criminal defense attorney and Restorative Justice practitioner I have worked with many men who have led lives of criminality and have also seen some of these men change their attitudes and go on to live lives of worth and dignity. Dru is one of these men who I have great faith in to be successful upon his release.

Sincerely,

Jon Powell
Director

Restorative Justice Clinic
Norman Adrian Wiggins School of Law
225 Hillsborough Street, Suite 302  |  Raleigh, NC 27603  |  (919) 865-4692  |  law.campbell.edu
*Leading with purpose*

**EXH 2, at 23**



*Restorative Justice Clinic*

To Whom it May Concern:

I am happy to provide this letter of support for Dwayne Slater.

My name is Joia Caron and I work in the Restorative Justice Clinic at the law school at Campbell University in Raleigh, NC. For several years now, we have been involved in a program of victim impact and reentry circles in the Federal Prison complex at Butner, NC. For the last five semesters, Dwayne has been a participant in our circle. The circle meets once per week, for two hours each week, for fifteen consecutive weeks. Men are selected based on their voluntary application to the program and their merit and fitness for the program as determined by institution staff. The circles always have a waiting list, so the staff are very selective in their determinations of who is most fit for the program. Dwayne has participated in five circles because he became a leader and now serves as a peer circle keeper.

From the very beginning it was obvious to me that Dwayne is a thoughtful and compassionate man. He was very grateful to be in the circle and contributed immensely to its success. He has become a valuable leader in our circle by handling the set up, administration duties and any other issues that arise.

Dwayne is a positive leader, always encouraging other participants to stay positive, re-connect with family and become leaders where they can.

I hope my words will give a glimpse into the rehabilitation that I have witnessed in Dwayne Slater. The other men in the circle have a great deal of respect for his integrity and wisdom and desire to help everyone. I have great faith in Dwayne's ability to be successful upon his release.

If I can be of further assistance, I hope you will call on me.

Sincerely,

*Joia Caron*

Restorative Justice Clinic

February 27, 2019

To Whom it may concern,

I am writing this letter on behalf of Dwayne Slater.  My name is Lynda Simmons.  I became acquainted with Dwayne through the Restorative Justice circles facilitated through Campbell Law's Restorative Justice Clinic.  I assist and participate in the circles and first met Dwayne about 3 years ago.  Initially I come to share my own story which is a victim impact story.  When I came to Dwayne's circle the first time and told my story it was obvious he related closely to what I had shared.  In my own story I tell about the murder of my son and the impact this has had on myself and my family.  I speak about the young man who took my son's life and talk about my journey of forgiveness for him.

This affected Dwayne very much.  He had been struggling with the death of his own son and hadn't considered forgiveness as a pathway to his own healing before hearing my story.  I often return to the group as much as my time and travel will allow.  As a result I have had the opportunity to share further with Dwayne and to witness the changes that were taking place in his own life.  Dwayne became more open and willing to seek the peace that came with forgiveness in his own life.  He was more open with his feelings and shared about his personal grief over the tragic loss of his son.  The transformation that took place over the next couple years for me was nothing short of amazing!

As I returned to new circles, Dwayne was also there since he became the designated peer support for the circle.  Through his own healing he became an asset to the other men in the subsequent circles.  He emerged a leader as well as an encourager and showed incredible empathy and compassion to the other men in their own struggles as they shared their stories and pain.  He was clearly helping others to heal their pain and inspired them to become better men as well.

Dwayne is free from the bondage of himself and is no longer stuck with the dark emotions that kept him from growing into the man he is now.  His inner freedom shows in his actions.  He is a positive person, he seeks solutions where he once could only see problems and he cares about being a man of good character and integrity evidenced by the way he reaches out to others and is able to act compassionately toward them.  Doing the right thing is important to him and he encourages others to also choose what is right.  Dwayne is a changed man from the person he was when I first met him.  He deserves a chance at being released early and returning to his family that is so important to him.  I'm proud of the work he has done to be a better person and I'm grateful I have had the opportunity to know him because he has helped me in my own healing and has made me a better woman too.

Thank you for your time.  This letter was my pleasure to write and I pray it does some good and helps Dwayne Slater in securing his freedom and getting the chance to be a productive member in society today.

Sincerely,

Lynda Simmons

Victim Impact Speaker

*Lynda Simmons*

I just wanted to take a minute and share a story, in hopes you can share it with Slater.        **EXH 2, at 25**

Back in May, Slater gave me an envelope for Nichad Davis, who was in our circle the semester before.  He was the black law student, from the hood that is in law school against all odds.  Most of his family are incarcerated.  The envelope stayed on my desk all summer and Nichad finally returned to school this week for his last year of law school.  When I saw him I gave it to him.  He sat down, looked at the pictures of himself with the guys in the circle, read the note and began sobbing...really sobbing.  I took him back to Jon's office for some privacy and he began to tell me how much he has struggled over the summer with more family issues and was seriously considering quitting law school.  He said, "I don't even know how to be strong anymore, but this is just what I needed.  I have to make it for these guys!"  while he was looking at the pictures.  I said, yes, you inspire them, he said, no... they inspire me.

Awesome moment.   Just thought Slater should know about it. ☺

Kind Regards,

*Joia Caron*
Restorative Justice Facilitator & Trainer
Restorative Justice Clinic
Campbell Law School
225 Hillsborough Street, Suite 302
Raleigh, NC  27603
919.865.4692
919.865.5997 fax
caron@campbell.edu

February 28, 2019

FCI Butner Medium
Old NC Hwy 75
Butner, NC 27509

To Whom It May Concern,

My name is Regina Chavis; I attend Campbell University Law School.  I am writing on
behalf of Dwayne Slater regarding his motion for sentence redaction.  I met Dwayne
while participating in the restorative justice prison circle, where Dwayne serves as a
circle leader.  From our very first meeting, all of the circle participants exhibited a great
amount of respect for Dwayne.  After a few sessions, I understood why he was chosen as
a leader.

Dwayne was constantly supportive and encouraging to the circle participants.  Through
his story and our circle conversations, he never failed to express that being a part of the
circle influenced the beginning of a reformation in his life.  He frequently offered words
of support to newcomers,  encouraging them to stick to the process.  In circle, he
displayed all of the characteristics of a great leader.

As a former teacher, Dwayne's story sparked a desire within me to go back into the
school system.   I realized that students deserve the opportunity to experience the
restorative justice circle as an avenue of healing.  Dwayne lost his father when he was
young. In the Black community, we do not generally go see counselors when we
experience loss. We attend the funeral; maybe the kids get some days out of school; then,
life returns to normal, but, really it does not, and most people, both children and adults,
have a very difficult time moving past the death of a loved one.  Dwayne never blamed
any of his actions on the death of his father, but I'm aware that this event influenced him
to make some unwise decisions as an adolescent.  As I listened to his story, the faces of
several of my former student came to mind.  I taught several students at an alternative
school who had lost a parent.  Soon after the loss, they began to perform poorly in school.
No one offered them counseling services; they were just shipped to a more restrictive
environment,  so that they would "learn" to behave.  Dwayne helped me to realize the
difference that I could make in the life of a child.  The circle made a difference in
Dwayne's life. It was not too late for Dwayne, but it is definitely better to reach wounded
boys and girls  before they become broken men and women.

Through the sharing of his story, Dwayne took responsibility for his offenses and showed
remorse for his actions.  His words and actions expressed that he is determined to be a
responsible and productive citizen who contributes to his community.  Not only is he a

circle leader, but he has used his time in prison to seek education and employment opportunities.

The prison circle, which began for me as class credit, is the place that brought meaning and purpose to my life. The circle bridged a gap between the former teacher, the present law student, and the future lawyer. I am grateful to Dwayne Slater for being a catalyst; he changed the trajectory of my life and the lives of others in the circle. For this reason, I support his motion to have his sentence redacted.

Sincerely;

*Regina Chavis*

Regina Chavis

March 3rd, 2019

FCI Butner Medium Facility
Old NC Hwy 75
Butner, NC 27509

To Whom It May Concern,

My name is Nichad Davis, and I am a third-year law student at Campbell University School of
Law. I am writing on behalf of my dear friend Dwayne "Dru" Slater regarding his motion for a
sentence reduction. I think back to the early afternoon of August 30th, 2017 when I first began as
a clinical student with the Restorative Justice Clinic at Campbell Law. It was our first
Restorative Circle at Butner for the semester and I was so excited to meet the wonderful men that
afternoon. In came a giant of man-- Mr. Dwayne "Dru" Slater. He greeted me with a warm
embrace and I could see from the way that he greeted Professor Jon Powell and the other
participants that he was no stranger to Restorative Circles at Butner. Throughout that day he did
not say much, but he closed with a lesson: that the best way for us to show compassion to others
is to first forgive ourselves so that we too can be healed.

For the next six months I got to know Dru. There were times that he said things that informed me
of the world that I was now living in as a law student and he introduced me to new ideas
regarding the world that would be shaped through my service as a lawyer. The most notable time
that I recall is when we had a visitor Linda Simmons to come visit us. Linda was a woman who
gave her life to restorative justice following her son's life being taken innocently from a young
man in Wilmington, NC. She found the power to forgive the man who caused one of the most
unthinkable pains to her. She also managed to find strength in sharing this story with audiences
around the world. At the Butner Circle, Linda's story made the entire room stand still. When I
looked up, Dru's face was covered in an ocean of tears. He and Linda had met several times
before and sat across from one another. He poured out his heart before her and everyone in the
room. His compassion, his zeal for forgiveness, his heartache were so tangible in that room. This
is what I think of when someone mentions the name Dwayne "Dru" Slater. He became a leader
in vulnerability, an example of courage, and a symbol of forgiveness in that Butner Circle. From
that day forward, and in every session that I shared with him, his tears and smile became
cemented in my memory.

I thought of Dru on many occasions after our Circle concluded and stayed in touch with him over
the last two years of law school. Although my time as a volunteer has concluded, I will never
forget the gigantic impact that Dru has made on my life. On one of my toughest days in law
school I came to visit the Restorative Justice Clinic. My head was bowed in defeat, until I read

an envelope that had been addressed to me. Inside was a letter from Dwayne "Dru" Slater. Before I could read the words, I thought of his smile and the impact that he has on so many of the men at Butner. His words encouraged me to "keep going" and he reminded me that "the world is better because you are in it." I needed to hear this. In fact, I needed to revisit my purpose for coming here and this letter was a rededication of hope and strength. Moments like this have impacted me forever. When I visit students in local high schools that are deemed "at-risk" I share stories from my times at the Butner Circle. Many of these stories have Dru as the protagonist. He is making an impact on the lives of young men outside the four-walls of Butner Federal Prison because his compassion and leadership lives through me. So with great honor do I write this letter on behalf of my dear friend Dwayne "Dru" Slater.

Thank you for considering my thoughts on his behalf.

Sincerely,

Nichad Davis
Restorative Justice Clinical Student
Campbell University School of Law
225 Hillsborough St., Suite 302
Raleigh, NC 27603

February 22, 2019

FCI Butner Medium
Old NC Hwy 75
Butner, NC 27509

To Whom It May Concern:

My name is Michelle Dewkett and I am a 3L at Campbell University School of Law. I am writing on behalf of Dwayne "Dru" Slater regarding his motion for sentence reduction. I have had the pleasure of getting to know Dru very well by participating in the Restorative Justice Circle at Butner last semester. Dru had participated in multiple circles with the Restorative Justice Clinic at Butner before I started the circle process with him, and was working in a leadership role when I met him. From the first day of circle, it was clear that Dru was totally invested in both finding his own healing as well as helping us who were new to the circle process in finding healing for ourselves.

As a student of the clinic, my role in the circle was simply a participant. I was there to listen as the men shared their stories, to affirm them as they shared their stories, and to share pieces of my life with them. Dru sat as an example for those men who were new to the circle, but he also was an example to me. As men felt compelled to share their stories, Dru took each story and piece of information, reflected deeply upon it, and gave incredibly thoughtful and insightful affirmations. Even when we were just checking in, Dru led by example and reflected upon his week thoroughly so that those that followed him felt more comfortable in sharing their own true ups and downs. Dru took time to make sure that each person felt his love and support through his words. When asked to speak on his own life, he took full responsibility for his actions and never blamed his situation, or the people around him. He also spoke of his family. I knew that before circle, Dru was barely able to speak about his mom, let alone look at his picture. The Dru I met spoke highly of his mother, and constantly was talking about checking in with his children and his family. Dru brought a picture of his mother to circle, which I think just goes to show how much healing Dru has found. Dru is an amazing human who is committed to his healing, as well as the healing of those around him.

Dru's impact on my own life was more profound than I could have ever imagined. As a person who tends to be guarded in sharing pieces of my own life, it was hard for me to even think about having to open up my life to a group of strangers that had lived lives that were so wholly different than my own. Meeting Dru the first time alone took some of my anxiety away. I had planned on only sharing that I was adopted as an infant and that created some hardships. Instead, I broke down and explained the pain, abandonment, and confusion I felt as a young child because I was adopted. I was only able to share such a guarded piece of my life because Dru sat there with only love and compassion in his heart for me, and you could tell how that loving spirit

flooded the room.  From the first day on, Dru made it clear he cared for me, had empathy, and had no judgement in his heart.

I am confident in Dru's commitment to his own healing.  For the foregoing reasons, I fully support Dru's motion for sentence reduction and I know that if so granted, he will truly make the most of the opportunity.

Sincerely,

Michelle Dewkett

Cody J. Davis
Campbell University School of Law
225 Hillsborough Street
Raleigh, North Carolina 27603

February 26, 2019

To whom it may concern:

My name is Cody Davis, Wallace Public Service Fellow at Campbell University School of Law. I am writing to express my support of Dwayne Slater in his request for a sentence reduction.

I came to know Dwayne in January of 2018 through my participation as a law student volunteer in the victim impact courses Campbell's Restorative Justice Clinic provides at Butner prison. I, along with other clinic volunteers, met with a small group of Butner inmates, including Dwayne, for two hours each week for about 16 weeks. During this time, I witnessed Dwayne's continued growth as an individual while we exercised our ability to be open to, empathetic of, and respectful to one another by sharing our story and responding with affirmations in a structured way. The guys also experienced the perspective of victims as they listened to and had the opportunity to respond to the stories of those who suffered as a result of the crimes of others. In Dwayne's responses and story, I saw a person who was remarkably introspective and who cared very much for those around him.

I used the phrase "continued growth" earlier because this was not Dwayne's first experience working with the Clinic. Dwayne had taken the course twice before I met him, and he was taking on a leadership role in the course I had with him. In his role as a peer keeper, Dwayne worked with clinic staff to ensure the rules and structure of the course were kept and that his fellow inmates respected the boundaries they had set together. Dwayne, even when faced with sometimes tense circumstances, took on this leadership role with great care and contemplation.

Having had the good fortune to get to know Dwayne, I can say I have the utmost confidence in his abilities as a model leader, citizen, and friend. I am certain that whomever else may have the chance to get to know Dwayne will find in him the same kind, respectful, empathetic, circumspect, and caring individual that I did.

For these reasons, I unabashedly offer my support for Dwayne Slater's request for a sentence reduction.

Sincerely,

Cody J. Davis, Esq.

EXH 2, at 33

4/22/2019

Melvin Mendes Land Leveling
10336 CrowsLanding Rd
CrowsLanding, CA 95313
(209)718-6344

To whom it may concern,

My Name is Melvin Mendes, owner of Melvin Mendes Land Leveling for over 20 years. I provide land clearing and leveling services. Specializing in grading and paving, excavation work and land development.

I've known Dwayne Slater for various years, I am well aware of his working skills. He works very hard, taking pride in all he does. That being said, I would be more than willing to provide Dwayne with permanent employment upon his release.

If you have any questions or concerns, please do not hesitate to call me. Thank you for your time in this matter.

Sincerely,
Melvin Mendes

I am writing this letter in regards to my brother and dear friend, Mr. Dwayne Slater. I was afforded the opportunity to meet Mr. Slater approximately five years ago and like Mr. Slater, I myself, was given a lengthy prison sentence. However I am writing this letter out of concern and support, in my twenty-three plus years of incarceration for a first time offense, I can honestly attest to Mr. Slater's growth, maturity, rehabilitation, and sincerity about returning to his community. Not just to return as a waste, but to return as a positive role model and leader, to give back to society. I had the privilege to attend a fifteen week victim impact program that was sponsored by the Restoring of Justice Organization from the free world. Mr. Slater at that time was a peer assistant/participant as well and had been for quite a few groups. I was allowed to hear his story and experience which is full of a lot of hurt and pain. I also recognized the agony in which the path his life had taken him and a lot of remorse in which he displayed with tears that constantly flowed when others shared their experiences and traumatic stories as well. From the first day that I met Mr. Slater his character has been consistent with any positive actions and also input, in spite of his own health concerns he worries about his son that has battled cancer for quite some time. Mr. Slater has also kept himself involved in programming, he's successfully completed a college course in pest control and pest management to prepare himself with an affordable and profitable income to be able to produce for his family the things needed if and when granted leniency and early release from his incarceration to reunite with his family that he whole hardily deserves. I pray and hope that his letter will inspire whom ever it concern to give my brother, Mr. Dwayne Slater, a second chance.

Sincerely yours,
Andra Manigault

My name is Thomas E. Smith Jr, I currently reside at FCI Med-1 Butner, NC. I had the pleasure of meeting Dwayne Slater. We connected immediately. For the past 3+ yrs I've had the opportunity to interact with him on a daily basis. We've shared intimate stories of our lives and discussed some very difficult topics that we happen to be living through at the moment.

Dru has been a valued friend, comrade, sounding board, support aide, social worker and advisor depending on what the situation dictated. I've watched Dru develop and evolve into a complete human being. Being in this type of situation (incarceration) for long periods of time can cause your humanity to be stripped from you little by little until nothing is left but a raw criminalistic creature exists who only knows how to survive. Dru has demonstrated that not only has he not allowed the above to occur he has taken it upon himself to rehabilitate himself. This has made him a better human being than when he arrived 16 yrs ago. This is the completeness that I refer to above. He is ready to join his family and society as a whole. He is prepared to contribute and be a part of the change that must occur to create a better world.

In conclusion, I would like to remind you that the 3+yrs that I've known Dru seems minute compared to the 50yrs that he's been living, but I want to clarify the 3yrs in these institutions is "compressed" time. We deal with each other for an entire 24 hrs cycle every day - no breaks. So to put this in perspective the 3yrs are equivalent to 10 yrs on the streets.

Sincerly,

-Edwd: bhf

MARCH 4, 2019

TO: The HONORABLE JUDGE
    MORRIS C. ENGLAND

FROM: MARSHALL LAND
    BROTHER OF DWAYNE SLATER

I AM WRITING this LETTER ON behalf
OF MY BROTHER DWAYNE SLATER.
My BROTHER WAS BORN INTO A
RELIGIOUS AND WORKING FAMILY. HIS
FATHER WAS THE OLDEST OF 8 HE HAD
BEEN A PROVIDER AND A RESPECTED FAMILY
MAN ALL OF HIS LIFE. WHO MARRIED OUR
MOTHER AT A YOUNG AGE. DWAYNES
FATHER MY STEPFATHER died OF CANCER
AT THE EARLY AGE OF 38 SO DWAYNE LOST
HIS FATHER WHILE IN GRADE SCHOOL.
OUR MOTHER UP UNTIL THAT TIME HAD BEEN
PREDOMINATELY A HOUSEWIFE AND ALWAYS
A WONDERFUL MOTHER. THIS WAS A
CATASTROPIC LOSS TO THE FAMILY AS A WHOLE.

I Joined the military to help lighten the load on our mother and help financially how I could. There are 5 of us but only 4 of us remain. I am the oldest.

Years after Dwaynes father died we lost a brother do to a violent act, another devasting blow to the family. In 2005 our mother died of ill-health. The Matrioch of our family the woman who lost a husband when he was 38 years old and a son when he was 24 years old. And still praised God and kept her family together another catastrophic blow to the family. The death of our mother at the age of 64 was something none of us have gotten over yet. She lives thru us in our love for each other and our families.

These are the things that were a major part in making Dwayne the man he is today as he awaits his release.

To his family his children his grandchildren his sisters and brother a host of nieces and nephews and other loued ones.

DWAYNE is no longer the young boy without a father to guide him and discipline him.

DWAYNE is no longer the young man making bad choices

DWAYNE is no longer a man who seeks to get ahead the wrong way in life he is no longer the man who keeps negative people around him.

DWAYNE is now a mature man who has been dedicating his life to change for the betterment of himself, his children and grandchildren his sisters and brother his nieces and nephews and the ones who loue him and want the best for him.

Through the past years of his life he has matured to a middle aged man who can now see a much greater purpose in life.

Which is to be A Positive Part of Society.

DWACNE KNOWS NOW what it takes to be A Productive citizen and live According to the LAW.

DWACNE is READY to take on the Role of A good Father to his children to establish A RelAtionship with them and be A PART of their lives.

DWACNE is READY to begin A CAREER he has been educating himself he has been committed in EVERY WAY he can to educate and PREPARE himself to join the WORKFORCE. He knows that work is VERY IMPORTANT For him to REINTERERATE into society and be Productive. He is EAGER to begin to begin the PROCESS And Apply himself to EARN A Place of EMPLOYMENT.

DWACNE will be AN EXCELLENT Role model For Teens, Young men And Older men to show how A PERSON CAN MAKE it through TRAGEDY, thru POVERTY AN thru WRONG DECISIONS in life AND GROW thru them AND GAIN MATURITY

AND LEARN RESPECT FOR OTHERS
AND RESPECT FOR the LAW.
            DWAYNE CAN be A EXCELLENT
MENTOR FOR MEN who see life As he
once did AND ARE ON AN UNCERTAIN
PATH AND have NO leadership OR GUIDANCE
in life. He CAN Show RESPECT FOR the
LAW AND OUR society is their best option.
He will be Able to RELATE directly to them
AND be that GUIDING INFLUENCE FOR
Good, based on his KNOWLEDGE AND
the POSITIVE PATH he is NOW TAKING.
    DWAYNE is NOW FULLY AWARE OF the
mistakes he MADE in life AND AS the
MAN he has become NOW has A VERY
STRONG DESIRE to become A POSITIVE
PART OF society. A GREAT FATHER AND
GRANDFATHER Also A SKILLED WORKER
With A CAREER SO he CAN Give
bACK to society.
    My brother is A CHANGED AND much
better PERSON At this time IN his
life THAN he hAS EVER been IN his Life.

                    SINCERLY
                    MARSHALL LAND

Your Honor,

    My name is Laura Lambert. I am the older sister of Dwayne
Slater. I am writing you this letter as a representative of
our whole family. Your Honor, we would like to ask you and the
District Attorney to please consider giving my brother a sentence
reduction. My brother has been working diligently to change
his life and become a more positive individual. We all know
that he has to be punished for his crimes and pay his debt to
society. I have witnessed the changes my brother has made while
incarcerated. He's worked so hard to be the person he is now.
It's unbelievable the positive conversations we have now and
it's filled me with such hope that he can return home a better
man. He has finally gotten his life together and my entire family
puts our full and unwavering support behind him because we know
he's going to do right. He has a place to stay when he comes
home to my house. My husband, Shawn Lambert, also has a job
for him until he is able to get a job in the field of his choice.
We need him home your honor, he has so many nieces and nephews
who respect him so much and he has so much influence over them.
They love him, look up to him, and even listen to him. He tells
them very postive words of advice and shares his story with
them. It speaks volumes about the man he has become. I remember
a time when he had nothing to offer anyone, not even himself.
I love to listen to him speak now because he speaks with sense
and from experience. The new man he is today is a positive role
model for all people. Dwayne has grown up and has come to an
understanding that change is beneficial. He's even been taking
college programs and committed himself to taking group's while
in prison that has helped him become the person he is today.
Dwayne is a grandfather now, he is in his 50's and conducts
himself in a responsible manner. He understands the hardships
and pain he has caused not only us, but his victims as well.
My brother recognizes that he needed to make many changes in
order to become a productive member of society and has severed
all contact with people who don't support his new goals. This
is something that shocked us because he was in touch with people
who were no good for him because of their history together,
but he's ready to make a new life for himself and his loved
ones. He doesn't even mention them anymore unless he's speaking
about the regret that he has for letting them influence his
life in such a negative way. My house is located in Turlock,
California and he plans to build his life here with us. He has no
plans to move to the Los Angeles area and as a family we will
see him through the changes he needs to make. As his sister
i'm able to tell that he has finally gotten tired of living
his life the way he was living it for so long and he's ready
to embrace the changes. Thank God. He plans to get out and become
an active member of the community by speaking to kids who are
more likely to be going down the wrong path and help them correct
their path now. He's so passionate about this. He says that
he doesn't want to see them misled like he was. His story can
help so many people! I'm so proud of him Your Honor. You don't
know how many years we have waited for him to change. I only
wish our mom was around to witness it all, but I know she's

watching over him in Heaven. God has really worked a miracle
in Dwayne's life. He always makes himself available if someone
in the family is going through a crisis and he offers positive
advice. I admire the person he has become and I couldn't be
happier to know that he is becoming what we never thought he
would become and that's a good and loving man. Just listening
to him talk amazes everyone in the family. He thinks very
rationally and logically. We've all witnessed his transformation
and we know that he's not perfect, but we love the change and
growth. We believe in him and know that he's going to do the
right things moving forward and become a successful man. He
constantly works on himself to grow and to keep on growing his
whole life. We are convinced Your Honor. We need him in our
lives, his kid's need him, we miss him dearly. We will do
anything and everything that we have to do in order to help
him and support him. We will be his rock and his backboke so
long as he continues to walk a more positive path. I know that
the groups he has been taking have made an impact on his life
and have helped him deal with his past so he can move forward.
His success depends on him and he knows this. He knows that
there are no more chances for him. He took his prison sentence
seriously and did all the things he needed to in order to change
his life. The classes and programs he has been taking were the
most important thing he could have done while in prison to help
him transform and get his life together. He knows we can only
do so much and that the responsibility lies in his hands. We've
all had serious and in-depth conversations with him and he knows
what our expectations are for him and he expects for himself.
He has our confidence because we see how determined he is to
do right. He has a large support system. There are at least
40 family members ready to support him that wanted to write
to you and this letter is written with all of them in mind.
All of us are in his corner all the way and we are going to
do everything we can to help him transition back into society.
He's even been mentoring fellow inmates on changing their lives
and that shows he's on the right path. Change starts in prison
and that's exactly what my brother has done Your Honor. We are
asking you to please consider this letter and please consider
giving my brother a reduction of his time. God Bless.
                    With Sincerest Regards,
                    The Slater and Lambert Families

Dear Judge,

My name is Shawn Lambert and I am the brother-in-law of Dwayne Slater. I have known Dwayne since he was just seven years old. The Dwayne that I speak with today is not the same man he was sixteen years ago. He has turned his life around and gotten his priorities in order. Because I grew up in the same neighborhood as him, I was able to see him become what I once was. Yes, Your Honor, I once walked the very same path. I went to prison in 1989 and once I got out I never returned. I changed as a man and I know that Dwayne can and has showed a lot of growth. I know, personally, that change can happen in prison because I experienced it firsthand. I changed my ways and in doing so, I consider myself a success. I believe that my brother-in-law will be just as successful. I have been an independent truck driver for over 25 years and Dwayne will always have a job with me. Dwayne is a hard worker and has been employed by my company before. This time he will be staying in Northern California. We have talked about the individuals that he was associated with before and he agrees that they are no good for his life and he is ready to take responsibility for his actions and self. He is no longer in the mindset that he was in when he got locked up. I truly believe that the long time he served in prison was the best thing for him.

I have no doubt in my mind that Dwayne has become a much more mature due to the time he has had to reflect on his crimes. This time he can be an asset to society and become an advocate for at-risk-youth. My sons' love him and have come to look up to him. He's become a positive role model in their lives and tells them to stay away from drugs and to educate themselves in order to further themselves. He loves them and my family loves him in return. We will support him through his transition back into society. We will do all that we can as a family to provide him with the support system that he needs to succeed. I'm proud of the positive, focused man that he is today. We've spoken, at length, about how he is going to utilize his tools effectively in order to make it in this world and be a productive member of society. I know that his desires to do good things comes from his heart in a way that only prison and true change can bring.

Dwayne's troubles began back when his father passed, I like to believe that if his father hadn't passed he would have lived his life a different way. Your Honor, my family and I are asking that you may find it in your heart to grant Dwayne a time reduction. I know that he has to pay for what he did, but sixteen years is a long time. It's enough time for a man to change his heart and find the right path to live an honest and decent life. I know it only took me a few years to find mine. Dwayne is no longer that young and reckless man he once was and if it took him all these years to change than so be it. I am proud to be able to say that I know him. I know that if you were to find it in your heart to grant him time reduction, that you won't regret it. He has a story to tell the young men of today and perhaps doing so will change someone's life like

of today and perhaps his story will change someone's life like
he has been doing in prison by mentoring other inmates. This
time has been a blessing for him because it has changed his
life and through him, others. Please consider my words and know
that I am in support of Dwayne 100 percent. I know that I am
not alone in offering my support. I know that Dwayne is very
loved, I myself care for him as a brother. Thank you for your
time.

                                    Respectfully,
                                    Frank Shawn Lambert

FROM:    Esther Gonzalez          To: Judge Morris C. England, Jr.
Relation: Mother of Petitioner's Children

Dear Judge:

My name is Esther Gonzalez and I am the mother of Dwayne Slater's
children.  I would like to address the court with this letter.
I write this letter on behalf of myself and the children I share
with Dwayne.  We would like to respectfully ask that you consider
granting Dwayne a reduction of his sentence so he may come home
and be a father to his children.

I have known Dwayne for nearly two decades Your Honor.  I
personally know how much he has changed his life.  It's amazing
to me how much he has changed his life and gotten himself
together.  He has become a person who is positive, encouraging
and who always gives his love when communicating with those around
him.  Years ago I couldn't have written these things since the
old Dwayne's actions wouldn't have allowed me to and be honest
about it.  I know that the man Dwayne is today isn't the man
he was all those years ago.  I know that if you talk to him
yourself and look at his record while he's been incarcerated
then you will see with your own eyes and ears how much this man
has changed.  I am asking, Your Honor, to please judge this man
by who he is today and not by who he was all those years ago.
If you were to base your judgment on who he was and his past
actions than I don't believe you would ever consider giving him
any kind of reduction.  Yet I also believe if you were to base
your decision on who he is today than you would let him come
home tomorrow.

The progress that Dwayne has made is not just based on belief
alone, there is a record of the courses, classes, groups, and
other various programs that he has taken.  Unless he was asleep
during all of them, Your Honor, it should go without question
that he has learned from that studying he had done.  I am so
proud of him for doing all these things while also having clear
conduct; it really shows, to me, how far he has come.  I love
Dwayne and I always will want the best for him and I believe
that this time he has done changed his whole person.  But this
time has also been devastating on our family.  His kids have
had to grow up without their father there for them and all the
struggles that come with a one parent family unit.  It is widely
accepted that when an individual goes to prison their loved ones
and especially their family, suffers alongside them.

Dwayne and I speak often about how his decisions impacted so
many people, especially his victims and their families, but also
his own family that has had to do his time with him.  That's
this appeal for reconsideration in his sentence means so much
to me and everyone who cares for him.  We know that he has to
pay his debt to society for committing those crimes.  Perhaps
the 16 years that he has done is enough or close to it.  He's

been away from us for so long and we all miss him and need him back in our lives.  Not who he was, but who he is now.  Our kids are growing up without him.  They were just babies when he left.

Now they are teenagers and in their 20's.  He's missed out on being there for them during all of their accomplishments and they missed out on knowing what it feels like to have your father there for you while you are graduating from school or having his support while you are battling cancer.  Our son was diagnosed with Leukemia when he was barely 8 years old.  I know that having his father there for him would have made all the difference. His son needs him there to support him while he's battling such a terrible disease.  Everything from the hospital visits, the time spent by his bedside, to the moral support.  I know that I'm doing the best I can as a single parent, but I know that the help Dwayne could provide for his son and I would be a huge blessing.  I am working 3 to 4 overtime shifts every week to support and take care of our children.  I can't afford to take time off of work.  The financial assistance from Dwayne will make things so much easier on our family.  It would take an immeasurable amount of stress and pressure off or our family as a whole.

It's been very hard without Dwayne around.  I know he made some poor choices, but I also know what he wants to be with his family so badly that he was willing to make all the changes he needed to make in order to have just the slightest chance of being reunited with us again.  I would rather Dwayne stay in prison than for him to get out, commit more crimes, and end up back in prison with a life sentence.  With that said, I truly believe that he has made the correction that he needed to make in order to get out and be a good member of our family.  I know he can be a good father to his kids and that he wants to make things right the best he can.  Our son is going through a crisis in his life and I know that it hurts Dwayne to be unable to be there for his son.  It's so difficult as a parent to watch your child suffer and be sad because his father isn't there for him.  The most important thing to us as parents is his health.  I thank God everyday for the long talks and wisdom that Dwayne shares with him about his medical issues.  Even from prison, Dwayne does what he can to be there and stays knowledgeable about the latest treatments and advances in medicine.

There is a large amount of love and respect between Dwayne and his kids.  Between the letters and phone calls and visits I know that he is grateful even this role he plays in his kids lives and would be even more grateful to have an opportunity to more than what he has been able to be and play an active role in their lives.  I know what Dwayne has done in the past was very wrong. I believe that 20 years is a long time for anyone regardless of what they did.  20 years is a very long time and it's plenty of time for someone to change their life.  The interactions that Dwayne has now are so much different than what they were years ago.  The emotions and remorse he has is tangible.  All the small

steps he has taken towards change has resulted in him being far down that path. He will be 52 years old in May and perhaps his aging and growing older has played a large role in his change. I remember reading about how older criminals have the lowest recividism.

I know that for me personally, communicating with Dwayne is like talking to a different person than the one I used to know. His priorities have been focused on his children and being a better man than he was yesterday and I admire that. I'm very proud of him as the father of my children and I want him to set a good example and although he may have made mistakes in the past I see that now he is ready to be the positive role model his kids need in their lives. It may have taken him all these years to make the changes he needed to make, but he made them finally and that growth should not be overlooked, Your Honor. He has told me that he has gotten rid of everyone in his life that was holding him back from being a better person. He knows he has no more chances. I wish that years ago he had thought like he does now so I wouldn't be writing you this letter. God has made miracles happen in Dwayne's life and I know that finally he has found God and wants to live a life that he would be proud of. God is so forgiving and I know that Your Honor will be guided by Him and I pray for the outcome.

I hold Dwayne accountable for his actions, maybe more than anyone else. We have children together and that's a very significant bond between two people. Parenthood is perhaps the most important role an individual can have in life and because of Dwayne's mistakes, his children have suffered. My children. It's been an overwhelming few decades and I have seen Dwayne at his worst and at his best. This is unlike any other time in his life. I can tell you as someone who has been the closest to Dwayne in the past that he has become more mature and his support for his family has grown and grown. I can only imagine how badly he wants to be with his family and how that can inspire such change to happen. He's making good choices now and that's what matters today. I know the person who Dwayne has become was always there even if he didn't realize it. I always saw the best in him. I have counseled him his whole time in prison on the things he could do to become a better man and he's been stubborn at times, but ultimately he has listened.

Your Honor, I ask you one last time to please consider this request. I ask you to see for yourself the changes Dwayne has made to understand the pain and suffering he caused those around him, especially his victims and his family. His family stands behind him and asks that you grant him a time reduction in his sentence. He is a good man, it just took time for him to realize it and act like it. His children need him most of all, but I know that even I need him. His whole family desires he come home. His decisions once destroyed us and I know that your decision could heal us. He has our complete and utter support. Thank you for your time and consideration.

M. Esther Gozalz.

March 20, 2019

To whom it may concern

I am writing this letter in hopes that it will help your Honor, the government, and all parties involved to see that my friend, Dwayne Slatter is a great candidate for early release by commutation of sentence, or whatever is most appropriate.

I've known Mr. Slatter for over 4 years. As a prisoner myself, and having been incarcerated since 2002, I have come in contact with many prisoners, many of whom have good intentions and sincere willingness to change, but for some reason or another do not stay the course. Mr. Slatter however, is an exception to that. Not only is he consistent with his choice to live a crime free, productive and proactive lifestyle, but he also mentors and encourages other prisoners to apply themselves in positive ways. Not just by enrolling in courses and classes provided by the Bureau of Prisons, but he also helps us to identify and correct the thinking errors that we've all made in our past, and helps us to use the time we have in here to better ourselves so that once released, we will be productive members of society, and be positive influences instead of negative.

2 years ago, Mr. Slatter encouraged me to enroll in a victims impact - restorative justice group where he is a peer leader. This group has helped me in various ways in regards to better understanding the issues I've struggled with since my childhood, and how my crimes

have impacted not just the victims in my offenses, but also my family and society as a whole. Mr. Slatter also makes sure that he gets us involved in re-entry programs that are provided to us in here, so that we can prepare for our release.

Everyone makes mistakes. The decision to get involved with selling drugs and robbery were, and still are terrible choices that Mr. Slatter has had to acknowledge and be held accountable for. In the more than 4 years that I have known him, I have witnessed his positive and consistant desire to promote and demonstrate change. The positive peer that he is when staff members are present, is the same positive peer when they are not around. Mr. Slatter is always genuine, inspiring respectful and responsible. He is a mentor to any and all prisoners who seek positive change, no matter their race or background.

A person like Mr. Slatter would be an asset to society in dealing with at risk youth and adults as he has for many years come to recognize the error of his past ways, and purge the criminal mentality he once had; which has allowed him to discover one of his purposes of helping people to learn from his mistakes, and also for him to have a positive impact in this world moving forward. To have Mr. Slatter as a friend and mentor is an honor. Not because we are a shared experience of previously living a life of crime, but because he has been the example of change that I continue to aspire for. A lot of people in prison say they've changed, but do not represent the change they speak of. Mr. Slatter not only represents change for better, but also hope! Hope that no matter where we've been or what we've done, we can change and being sincere about change is the key.

Mr. Slatter has family, children, grandchildren, other relatives and

(3)

friends who love and support his change. He is no longer the man he was and this journey he's been on during his incarceration has allowed him to purge his old ways out of his life and also completely extricate all negative associates from his past out of his life.

I greatly appreciate you all taking time to consider this letter of support for my friend Dwayne Slatter to be considered for and to receive an early release so that he can move on with his life outside of prison. The laws are in place to not just punish, but also to correct and rehabilitate offenders. I sincerely know that this time he has been away has helped Dwayne to do just that. He is a different man. A better man. Please allow him the opportunity sooner than later to prove so.

Thank you again

Respectfully Submitted
Marcelene Hughes.

FEB 11, 2019

March 14, 2019

Honorable People of the Courte,

I write this letter today on the behalf of my fiancé Dwayne Lamont Slater. Who is currently serving time at the Federal Correctional Institution in Butner, NC. My goal is to convince you as he has convinced me that he indeed is a changed man. I ask of you to examine his case files and recognize all of his undeniable progress throughout over 15 years incarceration. And give Dwayne the opportunity at a second chance at life by granting him early release.

I've known Dwayne nearly my whole life, 45 years. I've watched him become a man inside those walls. I truely believe he has learned from his mistakes and changed for the better. He realizes what importance it is to live a respectable, honest life now. Not only for himself, but for his family as well. Over the years Dwayne has worked extremely hard to accumulate his many certifications in job training and several other programs he attended in order to benefit his life. He has been a mentor

and positive influence on fellow inmates since day one.

Dwayne is a man with goals, striving for a better future. He has prepared himself so that upon his release he has the knowledge and experience to become a productive member of society. I'm proud to say he's turned his life around. And with the full support of his family and loved ones, failing is not an option.

Please grant him a chance to live his new life outside those bars. You won't be dissapointed or regret you did. Thank-you for your time in this matter and God bless you.

Sincerely,

Teresa M. Gastelo

# BUTNER EDUCATION INITIATIVE



Students,

First, let me take this opportunity to thank you for taking part in this initiative. The Butner Education Initiative stemmed from my commitment to successful reentry and personal development, as well as my belief that *everyone* should have access to education. I knew that if I could get the professors inside those walls, students would show up. You all proved me right. This initiative would never have gotten off the ground without you.

This project will also continue to grow because of you. By being model students, you have assuaged many of the doubts and fears associated with this project. Each Saturday you showed up, you proved that academic discourse is important. Each time you shared your perspective, you established your role as a student. Each time you sat back and listened, you demonstrated a genuine commitment to learning.

As for your professors, you have given us an opportunity we will never forget. Each of us has walked away from this experience feeling as though our lives were bettered in some way. Let me assure you that it isn't because we consider this philanthropy or charity; it is because something in our spirits was revived. Academic discourse brought people from various backgrounds together in that room; there is something incredibly magical about that.

Remember, we are all more than people give us credit for. May your intellectualism stay strong and live on.

In Solidarity,

Dr. Williams

# Student Information

**EXH 2, at 54**

Course: _____ Introduction to Urban and Industrial IPM

Name _DWAYNE L. SLATER_
(Print name EXACTLY as you wish it to appear on your Certificate of Completion)

Dwayne Slater
01235-112
FEDERAL CORRECTIONAL COMPLEX
OLD NC HIGHWAY 75
ATTN: SAFETY DEPT
BUTNER NC  27509

Date _9 - 1 - 2017_

Signature _Dwayne Slater_

# Proctor Information

**PLEASE PRINT CLEARLY**

Name _Raynen C Barnes_ Certification / License # _____

Street Address _100 OLD OXFORD Hwy 75_

City _Butner_ State _NC_ ZIP Code _27509_

Title, Position, or Rank _Environmental Safety Compliance officer_

Place of Employment _Federal Correctional Institution #1_

Work Phone _(919) 575- 4541 ext 3162_ Fax _(919) 575- 2001_

E-mail Address _RCBarnes @ Bop. Gov_

How are you acquainted with the student? _Supervision_

## Exam Location

The student and proctor must procure a site appropriate for testing. Exams are not to be administered in a home unless given special exception due to mobility limitations or special needs.

**Return To:**   Purdue University
Digital And Professional Education
Stewart Center, G59
128 Memorial Mall
West Lafayette IN  47907-2484
Phone: (855) 311-0002 | (765) 494-8619
Fax: (765) 496-1424
pest@purdue.edu

I have read and I agree to follow the guidelines listed in this document. I agree to comply fully with examination instructions and proctoring guidelines. I find the policies, procedures, instructions, and arrangements agreeable.

Proctor's Signature _Raynen C Barnes_ Date _11 / Sept 17_

# PURDUE
## U N I V E R S I T Y

August 24, 2017

DWAYNE SLATER
01235-112
FEDERAL CORRECTIONAL COMPLEX
OLD NC HIGHWAY 75
ATTN: SAFETY DEPT
BUTNER NC  27509

Dear Dwayne:

Congratulations! You have successfully completed all the required lessons in the Introduction to Urban and Industrial IPM course. You are now eligible to take the final examination.

It is your responsibility to select a proctor that meets the qualifications outlined on the enclosed Proctor Request Form. Once we receive your completed proctor form, your final exam may be scheduled. You will have four hours to complete the final exam and a score of 70 percent or above is required to pass.

If you have any questions, please contact us at pest@purdue.edu or at phone number shown at bottom of this page.

Sincerely,

Jennifer Hill

Enclosure

Purdue and Professional Learning   ■ 128 Memorial Mall   ■ Stewart Center, Room G59   ■ West Lafayette, IN 47907-2034
pest@purdue.edu   ■ (855) 311-0002 / (765) 494-8619   ■ Fax: (765) 496-1424   ■ www.distance.purdue.edu



EXH 2, at 56

December 05, 2017

DWAYNE SLATER
01235-112
FEDERAL CORRECTIONAL COMPLEX
OLD NC HIGHWAY 75
ATTN: SAFETY DEPT
BUTNER NC  27509

3

Dear Dwayne:

Congratulations! You have successfully completed the Introduction to Urban and Industrial IPM course. Your certificate of completion is enclosed.

Your scores are as follows:

Lessons- 97 Percent

Final Exam- 97 Percent

Combined Score- 97 Percent

Best wishes for your continued success.

Sincerely,

Jennifer Hill
Enclosure

Online and Professional Learning   ■ 128 Memorial Mall   ■ Stewart Center, Room G59   ■ West Lafayette, IN 47907-2034
pest@purdue.edu   ■ (855) 311-0002 / (765) 494-8619   ■ Fax: (765) 496-1424   ■ www.distance.purdue.edu

# Purdue University



## CENTER FOR URBAN AND INDUSTRIAL PEST MANAGEMENT

*recognizes*

# Dwayne Slater

*for successful completion of*

# Introduction to Urban and Industrial IPM

December 05, 2017

| | | |
|---|---|---|
| *Gary W Bennett* | *Janielo* | *Jon Harbor* |
| PROFESSOR OF URBAN AND INDUSTRIAL ENTOMOLOGY | HEAD, DEPARTMENT OF ENTOMOLOGY | DIRECTOR OF DIGITAL EDUCATION |

# Certificate of Completion

## awarded to

## DWAYNE SLATER

### for successful completion of the

## COLLEGE LECTURE SERIES

12 hour Introduction to Social Science
FCI Butner, North Carolina

This, the 13th day of April, 2018

L. Young, Assistant Supervisor of Education



# *Certificate of Completion*

This certificate is awarded to

# Dwayne Slater

for successfully completing the Forklift Class
on this 25th day of September 2018.

September 25, 2018
_____
*Date*

*L. Calhoun, ACE Coordinator*

# CERTIFICATE OF COMPLETION

*awarded to*

# Dwayne L. Slater

*For successful completion of*

# Critical Thinking

*FCI Butner I, North Carolina*

*This the 18th day of December, 2018*



R. Martin, Correctional Counselor

# CERTIFICATE OF ACHIEVEMENT

## *Dwayne Slater*

Reg. No. 01235-112

successfully completed

## <u>Criminal Thinking</u>

a Cognitive-Behavioral Therapy Group at FCI-I Butner

Awarded this 20th day of November 2014

J. Adams, Ph.D.
Staff Psychologist

# Certificate of Completion

# Dwayne Slater

### Reg. No: 01235-112

has satisfactorily completed the

10-hour Anger Management group at

Federal Correctional Institution – I in Butner, N.C.

on August 9, 2016

M. McNally, M.S
Psychology Intern

B. Gray, Ph.D.
Clinical Psychologist




# *Certificate of Completion*

# Dwayne Slater

Reg. No: 01235-112

*has satisfactorily completed the*

*9-hour Basic Cognitive Skills group at*

*Federal Correctional Institution – I in Butner, N.C.*

*on May 17, 2016*

M. McNally, M.S
Psychology Intern

B. Gray, Ph.D.
Clinical Psychologist




# *Certificate of Completion*

This certificate is awarded to

## **Dwayne Slater**

for successfully completing the Parenting Class
on this 25th day of September 2018.

September 25, 2018
_____
*Date*

*L. Calhoun, ACE Coordinator*



*Religious Services, FCI-1 Butner*

*Presents this*

# Certificate of Completion

*to*

## DWAYNE SLATER

*for*

### Threshold

*A Spiritual Growth Program*

_____
Carla Speed, RSA

_____
Date

# Certificate of Achievement

*This certifies that*

# DWAYNE SLATER

# 01235-112

*Has Satisfactorily completed the*
*Non-Residential Drug Abuse Program*
*at FCI- I Medium, Butner, North Carolina*

*This certificate is hereby issued September 2016*



*D. E. Hawley, B.S.*
*Drug Abuse Treatment Specialist*

EXH 2, at 67



# CERTIFICATE OF ACHIEVEMENT

## PRESENTED TO:

## SLATER

## FCI # 1 RECREATION DEPARTMENT

## DATE: MAY 12, 2018

## FOR PARTICIPATION & COMPLETION OF THE

## AIR BRUSH CLASS

J. CALHOUN, RECREATION SPECIALIST

EXH 2, at 68



# Certificate of Completion

This certificate is hereby awarded to:

*Slater*

**BIG MAN FITNESS CLASS**
**PRESENTED BY THE FCI # 1 BUTNER RECREATION DEPARTMENT**
**AWARDED ON THIS 02, DAY AUGUST 2014**

*J. Calhoun*

**Recreation Specialist**

# *Certificate of Completion*

## This award is presented to:

# Dwayne Slater

### for participation in the Cancer Walk.

*S. McCorkle*   10/28/2017

S. McCorkle. Recreation Specialist

Sponsored by the
FCI Recreation Department

EXH 2, at 71

# Certificate of Completion

awarded to

## Dwayne L. Slater

for successful completion of the

### Circle Keepers

*Intensive Victim Impact Class*
*FCI Butner, North Carolina*

*Facilitated by Campbell University School of Law*

*This, the 17th day of May, 2017*

U. Gilliam, Correctional Counselor



EXH 2, at 72

# Certificate of Completion

*awarded to*

## Dwayne Slater

*for his leadership role as a Peer Leader for the*

## Circle Keepers

*Intensive Victim Impact Class*
*FCI Butner, North Carolina*

*Facilitated by Campbell University School of Law*

*This, the 20th day of December, 2017*

K. Dickerson, Case Manager

EXH 2, at 74

# Certificate of Completion

*awarded to*

## Dwayne L. Slater

*for serving as a Senior Peer Keeper of the*

## Circle Keepers

Intensive Victim Impact
Restorative Justice Class
FCI Butner, North Carolina

*Facilitated by Campbell University School of Law*

*This, the 19ᵗʰ day of December, 2018*

K. Dickerson, Case Manager

# Certificate of Completion

*awarded to*

## Dwayne Slater

*for being a Peer Leader for the*

## Circle Keepers

*Intensive Victim Impact Class*
*FCI Butner, North Carolina*

*Facilitated by Campbell University School of Law*

*This, the 23rd day of May, 2018*



K. Dickerson, Case Manager

