John Balazs
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
916-447-9299
john@balazslaw.com
balazslaw@gmail.com

# EXHIBIT 3
# 2022

## Letters and Records in Support of Dwayne Lamont Slater's Request for Home Confinement and/or Compassionate Release

## Reg. No. 01235-112

From: Dwayne Slater
#01235-112

To: The Honorable District Court Judge England

I truly hope that all is well with you and your family, and I wish you a happy and blessed New Year. I am writing to you pertaining a family crisis and to ask for a time reduction.

Sir, my sister passed away on November 26th, 2021, and left behind her grandchildren to be taken care of. She has 20-plus grandchildren. Her kids are not able to take care of the due to their irresponsible natures, and neither can their Grandfather because of all the disabilities he has. My oldest sister, who is in her 60s, has custody of them and is in need of me to help her raise them. We don't have any family members who can assist her, and everyone resides in different areas of California. My sister passed away unexpectedly and caught everyone off guard. At this time, my oldest sister has to be a mother all over again. She doesn't have the support she needs to help her with her great-nieces and nephews. It's hard on her because she's working and raising them at the same time.

My presence is desperately needed Sir. I know this isn't a get-out-of-jail-free situation, but I am asking for the sake of my family to please give me a chance to be there to help my sister and take some of the stress and responsibilities off of her. She's doing a tremendous amount by herself. She has been under enormous pressure since the death of our mother in 2005. She has had to fill the shoes of our mother and become the matriarch of this family. The pressure of constant issues continue to confront her, because she is the one who everyone calls and counts on, just as they did with our mother. She's older now, and the stress of everyone else's problems and issues keeps her blood pressure high. I just want to do what I can to assist her in raising the children. I realize how difficult it has become, and without my help, it will become overwhelming for my sister.

Judge, I have been through a lot, our family has been through a lot over the many years of my incarceration. I've lost so many people close to me to death: My Mom, my son, my Aunt Ann. The punishment goes far beyond the sentence I created for myself. I take full responsibility for what I've done, and know that I could have made better decisions and choices. I have done all things possible to change my life and get myself together. I can't deny my past. I can't deny my mistakes. And I can't deny that the Court was correct in sending me to prison. I can't blame anyone but myself for all of my shortcomings and bad decisions.
Judge England, I blamed everyone but myself in the past for my mistakes instead of owning that I was the one to blame. My life has come full circle now. I do understand all the things I denied. I am much older, much wiser, and much more mature. I would never do the things I've done in my past life. I have my kids, grandkids, and family who have helped me to recognize and realize that what I have done could happen to

**Exh. 3, at 2**

them and how I would feel if it were done to me. I wouldn't like it, so why do it to another person or their family?

Sir, the time that I've spent in prison has helped me to change my life. I've been mentoring the younger inmates here, participating in different groups and programs, becoming a peer group leader in the *Victim Impact Program*. I was in this group for 3 years and it helped me realize how my wrong-doing impacted society. It also showed and taught me how my beneficial changes will make a difference. This prison time has humbled me and allowed me to feel remorse for my past crimes. I've taken this time serious, and took every opportunity presented to me to change and make a difference in my life. I am not the silly, irresponsible, arrogant, unremorseful human being that sat in your Court room many years ago. I've grown into a mature, responsible, remorseful man that I was raised to be. I don't blame anyone except myself anymore. I can't believe that I was that ignorant. My life is important. How people view me matters now. This is why I do things the right way now. I lead by example now and allow everyone to see the good in me. No one can say that I am still just all talk, because I show my changes through the way I carry myself and treat others that I am better than what I used to be.

It amazes me that when I tell someone about my past, that I was once a gang member, they can't believe it because that's not how I carry myself or what I represent. They are truly shocked when I tell them that I was a gang member, a drug dealer, and that I killed someone. I use my past as a lesson and to help others. I am able to teach now, Judge England, but teach all the right things to encourage and help people. This what make me feel good, that I can help someone else. I'm older, I'm grayer, and not too far off from being 60 years old. I am a man now, Judge England, not only in age, but also in my mind, emotions, and maturity. I am proud of the man I have become. I ask you to judge me by the man I am today, not the man I was when I sat in your courtroom. I'm no longer that person by far, in content, character, and heart.

I have a heart Judge, and it feels good to know that I can feel again: hurt, pain, and smile as well as joy of being a better man. My grandkids and kids are my pride and joy. I can't wait to see them and hold them in my arms. I smile every time I think about the joy I'm going to have when I'm with them. Please give me that chance with an early release.

My sister, my family, need me, as well as my kids. I changed my life not only for myself, but for my kids as well. I owe my life's changes not only to them, but to my victims as well. I didn't realize the effect my ill intentions had on their lives, or their family's lives. I can imagine what the impact was and it is devastating. I wish I could take this all back and do it all over again. My whole life would be different. People say that they wouldn't change anything about their pasts. I would. I would change it all. Nothing was good about the things I've done in my life. I regret it all. When I was younger, I didn't care about anything, not even myself, and that's sad to realize. My past was terrible. But my present is great! I wish that people would judge me

by who I am today, not by what they read in a file or a transcript. That's who I used to be, Judge England, I'm no longer that man, that person. I care absolutely nothing about the gang, the members, or the associates anymore. I can't believe I was ever that naïve to buy into that façade that being in a gang was cool. It was the biggest and dumbest mistake that I've ever made in my life. What a fool I once was. People say that the judge who sentenced me must hate me, because they read my prior compassionate release denial I once thought the same years ago, but I don't believe you hate me, I believe you hate the things I've done in my life. You had every right to.

Judge England, I truly hope that you take this letter into consideration. My sister needs my help raising out nieces and nephews, after the passing of my sister. Please consider this family crisis when making your decision. My release date is coming up in 2024. It won't take me another 2.5 years for me to get it together. I already have. I could be working and getting established. The 2.5 years of further incarceration is not needed Sir. I got it together now. Thank you very much for your time.

Dwayne Slater

Dwayne Slater

Federal Correctional Institution #1
P.O. BOX 1000
Butner, NC 27509

Date: APRIL 18TH, 2022



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Correctional Institution I*

February 16, 2022

FROM: Dr. L.D. Parker, Sr.  Chaplain

SUBJECT: Dwayne Slater (01235-112)

This correspondence is in reference to the character of Mr. Dwayne Slater.  For the last six years, I have had the unique honor to know Mr. Slater to be a man of principle.

While at Butner, Mr. Slater has continued to grow in his faith as a dedicated member of the Christian community. During my time as chaplain, at FCI-1, I have witnessed Mr. Slater's positive impact at the institution. What's more, Mr. Slater has served a frequent speaker in the newly established Out4Life Reentry Seminars for Butner. His presentations are always positive, thought provoking and socially relevant to his context. Given his past affiliation with the gang culture, he is able to speak from personal experience of the dangers associated with living such a destructive lifestyle. Mr. Slater emphasizes his gang days are over and encourages others to do the same.

Moreover, for the last eight years Mr. Slater works as a Safety Specialist in the Safety Department. In this role, he is a great asset to this institution. In fact, during the COVID-19 pandemic, Mr. Slater placed in life at risk ensuring the institution was properly sanitized and in compliance with COVID-19 policy and procedures.

**Exh. 3, at 5**

To assist with his rehabilitation, Mr. Slater participated in the newly established Victim Impact Program under the Restorative Justice umbrella with Campbell University Law School. The course was designed to reach people with crimes that had victims or individuals who were victims of crimes, especially those that were abused and the event went unnoticed.

Remorseful for the damage he has caused his community over twenty years ago, I believe Mr. Slater is ready to make a positive difference in society as he has in prison.


Leon D. Parker, Sr., Chaplain
Federal Correctional Complex, Butner

**Exh. 3, at 6**

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Correctional Institution I*

*P.O Box 1000*
*Butner, North Carolina 27509*

March 9, 2022

Date:          03/09/2022

FROM:          Brian Bunn
               Unicor Factory Manager

SUBJECT:       Dwayne Slater

To Whom It May Concern:

I am writing in regard to Dwayne Slater. Mr. Slater has been working for the Bureau of Prisons for the past three years. In that time he has shown great work ethic and strives to meet all pertinent goals that are set for his assignments. Mr. Slater is a highly efficient and responsible person and is well liked in the Factory. He is dependable, responsible, and honest and by far the most dedicated person I have come across. On many occasions, I have seen new and old staff asking for his advice on specific areas of the job. I believe he will take the necessary steps moving forward in whatever decision is made for his future. According to our BOP guidelines, requirements, and policies Mr. Slater has demonstrated the core values of behavior, programing, and character.

Sincerely,

Brian Bunn

**Exh. 3, at 7**

EXHIBIT E



DECEASED
SISTER'S
21 GRANDKIDS

OLDEST
SISTER LAURA
IS RAISING
(6) THE GRANDKIDS

MY DECEASED
SISTER
MARCENIA
&
MY BROTHER
N-LAW
JOSEPH
THE MANU
KIDS
GRAND
FATHER

**Exh. 3, at 8**

January 4, 2022

Laura Lambert
███████ Ave.
Turlock, CA 95380

To: The Honorable District Judge England

IN RE: Letter in support of Dwayne Slater; *Motion for Reduction in Sentence*

Dear Judge England:

My name is Laura Lambert. I am the sister of Dwayne Slater and am writing this letter in support of my brother, my family, and the desperate need for Dwayne to be released early. I had written you a previous letter, but wasn't able to send it because our sister recently passed away on Nov. 26th, 2021, and so the circumstances had changed in obvious ways. We all thought that she would make it home to live with me and that I would be able to take care of her with the help of my brother. She would have been confined to a wheelchair and a bed. With her passing away, the situation has changed drastically, and gotten a lot more complicated for me. I now have my sister's grandkids to raise. Their ages range from 5 years old to teenagers. Their grandfather is in no condition health wise to take care of them. He's blind, can't drive, diabetic, can't walk without a cane or walker. The older siblings are either living in other parts of California or too irresponsible to raise these kids. This is why I have them. I don't have anyone to help me take care of them. There are only three (3) of us left: my brother Marshall, Dwayne, and myself. Marshall stays in Las Vegas, and isn't willing to move to Northern California to help me. My kids are grown with their own lives and families. One of my sons I have to take care of myself as well, because he has a rare throat cancer and I have attend to his needs also.

I have a lot on my plate that I am dealing with alone. The help of my brother would be a blessing. He is the only one that I can trust to help me, and the only I can trust in my house. Dwayne's release plan is to reside with me. This was the plan before any of the recent events took place. The death of my sister has been devastating to our family, and has changed and affected many lives. Due to my advancing age, it is much harder on me in my 60's. I'm working to take care of all of us and will be raising these kids by myself. I genuinely require the assistance of my brother. His help would surely relieve much needed pressure from me. The kids love him, respect him, and listen to him. He has this impact on them from prison. Dwayne will be 55 years old in May of 2022. He's done nearly 19 years in prison, and isn't as young and healthy as he was when he went to prison. The changes that Dwayne has made while in prison enable me to believe and trust in him.

Exh. 3, at 9

He was sentenced to rehabilitate and correct all the things in his life that weren't right. He's done that and more. I am very proud of him because he has changed so much. That's my brother and I know when he's not being sincere. His actions, words, and mannerisms demonstrate to me that he has indeed gotten his life together. Dwayne's willingness to help others, as well as to empathize with others' suffering, shows me the magnitude with which he has grown.

I fully comprehend that Dwayne has done some horrible things in his life, and he has to pay for the crimes he has committed, as well as for the lives he has affected. After being in prison for 19 years, and from the conversations and the letters I've received from him in the last two decades, it is clearly evident that he gets it, and understands that the life he lived was in no way in line with the way our Masonic Father and Eastern Star Mother instructed us. Yes, we all come from a Masonic family, as we were Jr. Eastern Stars and Jr. Masons; our father was the oldest of 13 kids (12 brothers, 1 sister). Our Father was Head of the entire family, and everyone looked up to him. All of his brothers and kids. He was *The Man*, the role model. All men in our family, kids and adults alike, aspired to be my father. His death had an unimaginable impact on the entire family. My uncles lost their mentor, their hero, their brother, as well as their father figure, and so did my brothers.

The death of my father affected Dwayne the most. He was the youngest and the one closest to our father. Our Daddy was grooming him to be the man he has become today. Dwayne was just a kid when our father died and didn't understand the reality of death. Dwayne only grasped the fact that he had lost his mentor and his hero was gone for good. My Daddy's death altered Dwayne's life for the worst and he got involved with the wrong crowd at an early age. Dwayne didn't have a grief counselor, a psychiatrist, or a social worker to help him talk about the pain he was experiencing from the death of our father. He had his so-called friends that he turned to. My mother couldn't afford the help Dwayne needed. We all grew up in Los Angeles; Dwayne followed in our brother Walter's footsteps, grossly misled by our brother and the gang of our old neighborhood.

I'm not trying to justify Dwayne's destructive and criminal behavior, I am only providing some insight into the discussions that have taken place between Dwayne and myself concerning the root causes of his mistakes. For Dwayne to cut all ties to his old friends demonstrates to me that he has matured immensely since he was that young man you sentenced so many years ago. He proves it each day with his good behavior, mentoring other inmates, helping them achieve their GEDs, constant programming, and the abstinence of drugs. I can honestly attest that Dwayne has finally gotten his life together. He has changed in numerous ways, leaving all those negative practices behind, focusing on the positive, yet so many people refuse to see that new side of him. I am begging this Honorable Court to try to judge Dwayne by who he is now, not who he was a long time ago.

It is a sad truth but most people prefer to look at others for who they were instead of who they currently are. Dwayne is the man that our father would be proud of today. I am asking that you see that good man Dwayne has become, and to give him the second chance for an early release, not just for his sake, but also for the sakes of all those family members around him that desperately need him home. He is a devoted Grandpa now. I wish you could sit and have a conversation with him just once, so that you could see the vast differences in his personality. I love him, and I love the fact that he has finally gotten his life together. He's going to do great things with kids and has expressed a desire to work hand-in-hand with the police force to assist at-risk-youth as well. I believe this action alone speaks volumes as to how much his attitude has risen above his older self. The Dwayne of today is on the right path. He is a Godly man and a law-abiding citizen. My brother has truly made some big steps in his life and we are all proud of him. I have received calls from men who have spent time in prison with Dwayne, and they have each conveyed to me how Dwayne has assisted them in the many changes they have experienced. They have expressed their individual achievements in jobs, desocialization of old gang memberships, and so much more. Dwayne has full financial, spiritual, community, and family support. He has a guaranteed job, transportation, and a residence. Please feel free to contact me at the information provided above at your convenience, and that you genuinely for your consideration.

Most sincerely,

*Laura Lambert*

**Laura Lambert**

January 3, 2022

Mr. Joseph Attaway Sr.

█████████

Atwater, CA 95301

To: Judge England

IN RE: Letter in support of Dwayne Slater

Dear Sir:

First I would like to say God bless you and your family. My name is Joseph Attaway. I am the brother in law of Dwayne Slater. The reason for this letter is to ask you to please give Dwayne an early release. We all really need him here right now. I've been with Dwayne's sister for almost 40 years. She passed away on November 26th, 2021, which left me to take care and raise our grandchildren. We have 9 kids and 23 grandkids. Yes, we have a huge family, and Dwayne is sorely needed at this time.

We obviously did not expect for my wife to pass away. It came as a shock to all of us, especially me. I know it is my obligation and job as a grandfather to take care of my grandbabies. However, I am in poor health and I cannot do all of the necessary things to properly care for them. My sister in law, Laura, has them and she don't have anyone else to assist her. My kids are scattered all over California. The ones that are nearby are on drugs and are not even able to take care of themselves, let alone children. There aren't many capable, responsible adults in our family. The older kids have their own lives and children, and cannot therefore provide the assistance that's needed.

I'm dealing with health issues that put limits on what I can do, as sad as it for me to admit this. I'm partially blind; I use a walker as well as a cane to get around; I can't drive due to my failing vision and deteriorating legs; etc.. My doctor has sent a letter explaining and verifying this.

**Exh. 3, at 12**

I've known Dwayne all my life Sir. Yes, he has changed his life. We always talk and he's so positive now. Knowing him the way I do, I know when Dwayne is faking or lying, and he has convinced me thoroughly that he's changed completely and whole-heartedly. He's done what he's supposed to do to become a good man, and he's finally realized that the life he was living in the past was wrong and a waste. We both grew up in Los Angeles, CA, and so I can speak from similar experiences as an ex-gang member, as well as an ex-convict, and I can assure you that from our conversations, Dwayne has changed his entire life. There is no doubt in either one of our minds that we have both made poor choices during our lives, and while I have had the opportunity to change my life and have done so successfully, Dwayne is just now at that point in his life, and I am humbly requesting this Honorable Court give him that chance. Dwayne will not fail you, and he will be able to assist so many others in his family at the same time, just as Dwayne has already used his current time in prison to better himself through programming and good conduct. It's a win-win situation for all involved.

Dwayne has a son that was two (2) years old when he left. He's now nearly 21 years old; his daughter has graduated from college; one is married; his youngest is a school teacher. As you can see, he has good kids, they love and adore him, as well as the family. Dwayne not only lost his sister through death since his incarceration, he's lost his Mom, son, niece, and an aunt that helped raise him. He's been through a lot.

Judge, I'm just asking you to please let Dwayne out early. We desperately need him. We need his help with my grandkids Sir. I can't do all the things that he is capable of. Dwayne is the only one who will take the time with them. We don't have anyone to help us. My brother-in-law has our family support, and we will help him in any way needed. Dwayne has done all the things that were expected of him by the Court and our family. He only has three (3) years remaining on his sentence. With halfway house, he will get out in 2024, but we desperately need him at this present time.

Sir, it's hard on my sister-in-law raising these kids, as well as caring for myself. If my kids had their lives together, it would be different, but they don't, so we have to raise them ourselves. They love their Uncle Dwayne and him being here would be a tremendous help to us. We are trying to get used to my wife being gone, and this is all new to us. I'm asking that you please genuinely consider this request. Dwayne has been incarcerated since 2003, and he's in his 50's now. He's not going to commit any further crimes and has got his priorities straight. We need him Judge. I realize he has to pay for his crimes, but he's an older man now, and his kids, grandkids, and other family members are what is important to him now. I pray you will seriously consider this request. Thank you sincerely Sir.

Sincerely,

Mr. Joseph Attaway Sr.



315 Mercy Ave
Ste 301
Merced, CA 95340
Ph: 2095644500

Encounter Date
12/30/2021

Patient Information
ATTAWAY SR, JOSEPH WAYNE
███████ STREET
ATWATER, CA 95301

To whom it may concern,

My patient, Mr Joseph Wayne Attaway, suffers from multiple chronic medical conditions including; diabetes mellitus, peripheral neuropathy, hypertension, peripheral vascular disease, and chronic kidney disease. He also recently lost his wife to an unfortunate illness which has left him without a family member to assist in his care. He could substantially benefit from the assistance of another close family member to help care for him.

Regards,

Chayce Hartung MD

Exh. 3 at 15



## Summary Reentry Plan - Progress Report

SEQUENCE: 00289601
Report Date: 02-22-2022

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112



| | | | |
|---|---|---|---|
| Facility: | BUT BUTNER MED I FCI | Custody Level: | IN |
| Name: | SLATER, DWAYNE LAMONT | Security Level: | MEDIUM |
| Register No.: | **01235-112** | Proj. Rel Date: | 01-30-2025 |
| Quarters: | W03-135L | Release Method: | GOOD |
| Age: | 54 | DNA Status: | VIM05810 / 03-26-2014 |
| Date of Birth: | 05-16-1967 | | |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:924(C)(1) USE OF A FIREARM. | 84 MONTHS |
| 18:924(C)(1) USE OF A FIREARM. | 84 MONTHS |
| 18:2113(A) AND (D) ARMED ROBBERY (9X) | 132 MONTHS |

| | |
|---|---|
| Date Sentence Computation Began: | 04-29-2010 |
| Sentencing District: | CALIFORNIA, EASTERN DISTRICT |

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /   14 | 958 | Years: 18 Months: 5 Days: 3 | + 2404    JC    0    InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Program Plans

Inmate Slater is currently serving a 300-month sentence for Use of a Firearm and Armed Robbery.  He was sentenced on 4/29/2010, and has a projected release date of 1/30/2025.  He arrived at Butner FCI I on 4/30/2014 as a Close Supervision transfer from Victorville FCI.  At Program Reviews, he has been encouraged to program, maintain a work assignment and good work performance, maintain clear conduct, maintain family and community ties, and maintain good personal hygiene and room sanitation.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC INELIGIBLE REVIEWED | 12 05-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE   AUTO | 12 17-2019 |
| N ANGER Y | NEED   ANGER/HOSTILITY YES | 01 15 2022 |
| N-ANTISO Y | NEED   ANTISOCIAL PEERS YES | 01 15 2022 |
| N-COGNTV Y | NEED   COGNITIONS YES | 01 15 2022 |
| N-DYSLEX N | NEED   DYSLEXIA NO | 05 28 2021 |
| N EDUC N | NEED   EDUCATION NO | 01 15-2022 |
| N-FIN PV N | NEED   FINANCE/POVERTY NO | 01 15-2022 |
| N FM/PAR N | NEED   FAMILY/PARENTING NO | 01 15-2022 |
| N M HLTH N | NEED   MENTAL HEALTH NO | 01 15 2022 |
| N-MEDICL Y | NEED   MEDICAL YES | 01 15-2022 |
| N-RLF Y | NEED   REC/LEISURE/FITNESS YES | 01 15-2022 |
| N-SUB AB N | NEED   SUBSTANCE ABUSE NO | 01 15-2022 |
| N TRAUMA N | NEED   TRAUMA NO | 03-03 2022 |
| N-WORK Y | NEED   WORK YES | 01 15 2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 12 07 2021 |

## FSA Comments

Slater's First Step Act recidivism level is low.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | BLOODSPILL | TRAINED FOR BLOOD SPILL RESPNS | 12-27 2021 |

**Exh. 3, at 16**



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112

SEQUENCE: 00289601
Report Date: 02-22-2022

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| BUT | SAF & SAN | SAFETY & SANITATION | 12 27-2021 |

### Work Assignment Summary

Inmate Slater has maintained a work assignment in a variety of areas during his incarceration, all with good work performance. He currently works in Safety and Sanitation, and he is one of the few inmates trained for Blood Spill Response. He has maintained this work assignment since 12/22/2014, with outstanding work performance. He is the "go to" for many staff and inmates on the compound, when they need supplies or have questions relating to the Safety Department. Also, he has been invaluable during the Covid pandemic and worked many extra hours during the onset in 2020. He always works hard, and without complaining, and he strives to do the best job he can do!

### Current Education Information

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| BUT | ESL HAS | ENGLISH PROFICIENT | 06-24-1998 |
| BUT | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-26-1998 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| BUT GP | C | HEALTH FAIR | 10 26 2019 | 11 01 2019 |
| BUT GP | C | CERAMICS CLASS | 07 20 2019 | 08 24 2019 |
| BUT GP | C | CRIMINAL THINKING CLASS | 10 30 2018 | 12 18-2018 |
| BUT GP | C | WAREHOUSE FORKLIFT TRAINING | 06-20-2018 | 09 25 2018 |
| BUT GP | C | INSIDE OUT DAD PARENTING CLASS | 06-19 2018 | 09-25-2018 |
| BUT GP | C | WELLNESS AEROBICS CLASS | 02 14 2018 | 09 08 2018 |
| BUT GP | C | ART (PAINTING CLASS) | 04-07 2018 | 06 29 2018 |
| BUT GP | C | LECTURE SERIES SOCIAL SCIENCE | 03 10 2018 | 05 07-2018 |
| BUT GP | C | INTRODUCTION TO HOBBYCRAFT | 01-13-2018 | 01 17 2018 |
| BUT GP | C | HEALTH FAIR | 10-28-2017 | 12-11-2017 |
| BUT GP | C | VICTIM IMPACT | 01-25-2017 | 05 17 2017 |
| BUT GP | C | NRDAP   NON RES DAP GROUP | 09-14 2016 | 09 14 2016 |
| BUT GP | C | ANGER MANAGEMENT | 06-07 2016 | 08 09 2016 |
| BUT GP | C | TRESHOLD PARTICIPANT | 10 19-2015 | 04 21 2016 |
| BUT GP | C | INTRO TO RECREATION FACILITIES | 05-15 2014 | 05-15 2014 |
| VIM | C | SHU TARGET SPELLING 3 | 08 10-2010 | 08 17 2010 |
| VIM | C | SHU TARGET SPELLING 2 | 08 10 2010 | 08 17 2010 |
| VIM | C | SHU HOW TO BE A BETTER FATHER | 08-10-2010 | 08 17 2010 |
| VIM | C | SHU FAMOUS MALE SPORTS STARS | 08-20 2010 | 08 30 2010 |

### Education Information Summary

Inmate Slater has completed the above listed classes. In 2017, he completed the Restorative Justice Victim Impact group, where he stood out as a leader. Since initially completing the program, he has served as the Peer Leader for the group, coordinating and assisting staff. Slater continues to look for ways to enhance his transcript and better himself. He also encourages his peers, and newly incarcerated inmates to do the same.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 03-08 2021 | 297 : PHONE ABUSE DISRUPT MONITORING |

### Discipline Summary

Inmate Slater has incurred only one incident report during his incarceration. He used another inmate's phone account to communicate with his family during a family emergency. He readily accepted responsibility, admitting his guilt.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| BUT GP | A DES | OTHER AUTH ABSENCE RETURN | 12-27 2021 | CURRENT |
| BUT GP | A DES | OTHER AUTH ABSENCE RETURN | 12-09 2021 | 12 27 2021 |
| BUT GP | A DES | OTHER AUTH ABSENCE RETURN | 09 09 2021 | 12 09 2021 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05 14-2021 | 09 09 2021 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 02 20 2020 | 05 14-2021 |

**Exh. 3, at 17**



## Summary Reentry Plan - Progress Report
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT   01235-112

Report Date: 02-22-2022

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 02 12 2020 | 02-20-2020 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 11 21 2019 | 02-12-2020 |
| BUT GP | A DES | OTHER AUTH ABSENCE RETURN | 09 26 2019 | 11 21-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-15-2019 | 09 25-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08 01 2019 | 08 15-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-09 2019 | 08 01-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-14 2019 | 05 09-2019 |
| BUT GP | A DES | OTHER AUTH ABSENCE RETURN | 01-24 2019 | 03-13-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-29-2018 | 01-24-2019 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 09 20 2018 | 11 28 2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-08-2018 | 09-20-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 04 24 2018 | 05 08-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 03 30-2018 | 04 24-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08 29-2017 | 03 30-2018 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 08 05-2015 | 08 29-2017 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-05-2014 | 08 05-2015 |
| BUT GP | A-DES | OTHER AUTH ABSENCE RETURN | 05 09-2014 | 12 05-2014 |
| BUT GP | A-DES | TRANSFER RECEIVED | 04-30-2014 | 05-09-2014 |
| VIM | A-DES | WRIT RETURN | 03-07-2014 | 04-24-2014 |
| VIM | A-DES | US DISTRICT COURT COMMITMENT | 08 03-2010 | 08 30 2010 |

### Current Care Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 08 06 2010 |
| CARE2 | STABLE, CHRONIC CARE | 05 07 2014 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| LOWER BUNK | LOWER BUNK REQUIRED | 10 14 2021 |
| NO F/S | NO FOOD SERVICE WORK | 09-21-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08 04-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-13-2021 |
| SOFT SHOES | SOFT SHOES ONLY | 09 21-2021 |

### Current PTP Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| NO ASSIGNMENTS | | |

### Current Drug Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 08-15 2010 |
| NR COMP | NRES DRUG TMT/COMPLETE | 09 14-2016 |

### Physical and Mental Health Summary

Inmate Slater has no mental health concerns. He is categorized as a stable, chronic care level 2 medical inmate. He does not have any serious medical issues, and is very active, and in good shape. His medical issues are well controlled and he has no problems taking care of himself.

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | Start: 08-06-2010 |
|---|---|---|---|

Inmate Decision: **AGREED**    **$50.00**    Frequency: **QUARTERLY**

Payments past 6 months:    **$100.00**    Obligation Balance: **$768,459.75**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $50.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Exh. 3, at 18**



### Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT   01235-112

Report Date: 02-22-2022

**Most Recent Payment Plan**

| No. | Type | Amount | Balance | Payable | Status |
|------|---------|-------------|-------------|-------------|----------|
| 2 | ASSMT | $1,100.00 | $1,000.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | REST FV | $769,659.75 | $768,459.75 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-11-2021 | BUT | PAYMENT | INSIDE PMT | $50.00 |
| | 09-10 2021 | BUT | PAYMENT | INSIDE PMT | $50.00 |

### Financial Responsibility Summary

Inmate Slater is under contract to make payments to the Court. He regularly makes his required payments, having never missed one. The balance due on his financial obligation to the Court upon his release will be paid pursuant to a payment schedule determined by his supervising probation officer.

### Release Planning

Inmate Slater was sentenced in the Eastern District of California. All of his family still reside in that area. He has a very extensive support system, consisting of family and friends. His release plan is with his sister in Turlock, California.

### General Comments

The following comments are from Deputy Case Management Coordinator K. Dickerson, who was previously Slater's Case Manager:

Inmate Slater is what many consider a "model inmate." He has always been respectful to staff and other inmates. He is pleasant and positive, always with an encouraging word or smile for others. Mr. Slater works hard to keep himself busy in a productive manner, by programming and maintaining a work assignment with much pride and humility. He often takes younger, less experienced inmates "under his wing" to assist them in adjusting to, and being successful while incarcerated. Furthermore, Mr. Slater continues to serve as the primary Peer Leader for the Circle Keepers Victim Impact program, which is led by staff and students from Campbell University Law School. He is reliable and takes great pride and ownership of the group. If ever there was an inmate who deserves a second chance, or an early release, it is Mr. Slater. I truly believe he is a different person now than when he was convicted, and I have no doubt he will be successful upon his release.



MRS. DICKERSON

**Exh. 3, at 19**



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SLATER, DWAYNE LAMONT  01235-112

SEQUENCE: 00289601
Report Date: 02-22-2022

| | |
|---|---|
| Name: | SLATER, DWAYNE LAMONT |
| Register Num: | 01235-112 |
| Age: | 54 |
| Date of Birth: | 05-16-1967 |
| DNA Status: | VIM05810 / 03-26-2014 |

_____
Inmate   (SLATER, DWAYNE LAMONT, Register Num: 01235-112)

_____
Date        3/3/22

_____
Chairperson

_____
Date        3.3.22

_____
Case Manager

_____
Date        3/3/22

**Exh. 3, at 20**

From: Dominique Slater                    To: Sir Judge England
March 23rd, 2022.


Dear Sir Judge

      My name is Dominique Slater I am the
youngest son of Dwayne Slater. I wanted to write
a letter for my Dad. I really don't know what
to say but my Mom told me to write what I feel
and what's on my mind, and heart. I'm going to
do my best trying to explain as best I can. I
love my Dad very much and miss him more than
words can say. My Dad has been away since I
was 2 years old. I'm now 20 years old and soon
to be 21. The entire time my Dad has been
away I've needed him. Even though he's been out
of my life all these years I love and respect him
as if he's been here with me. My dad is always
there for me when I need him even from prison.
If it wasn't for him I would be lost because of
all the negativity in the world and the negative
influence of peer's I've never been in trouble, I've
never committed a crime or had and intentions
of breaking the law. That's because of my Daddy
from jail talking to me and instilling in me the
greater values that he was raised with. His

guidance and love guides me. I'm humbled by his
humility and love for other people. These are
my grandfather (Mason) values that he is displaying
now. He taught me to be honest, work hard, be
humble and to make my own decisions, but the
right ones. He encouraged me to stay in school
when it got overwhelming and my body and
illness wanted me to give up. His advice, my
Dads Knowledge helped me to continue on and
not to give up. He always use examples from
his life and his bad decision making to make
his point. He always tell me to do better and
do better than he did growing up. His advice
and Knowledge of life and life experience allows
me to see things that are far beyond anything
my friends Dad are able to share with them.
He's not only my father but my mentor, my
hero, my inspiration and the man that I
admire, respect, love and look up to. His love
is for me, my sisters, and his grand children
are far beyond anything anyone can imagine. My
Dad has a heart filled with love and compassion for
others. I can't see him being other than a
positive influence in people's lives. My Dad has
made mistakes and should be punished for

what he's done. 19 years. When is it enough
sir Judge. I'd like to know when will he
be judged by the man he is today instead
of being judged by the man he once was.
If God can forgive him why can't other
people or the courts. My Dad is nothing
like the person he was almost 20 years
ago. I miss him Sir Judge. My Dad gets on
the phone with me and give me all the
tools I need to stay out of trouble, the
knowledge and guidance to instill in me
to make my own choices and decisions.
He's taught me to listen and respect my
Mom and sisters. My Dad is a good
person. He takes all the time he possibly
can to teach me things from prison. I
know it hurts him when he has to teach
me over the phone how to shave, how to
change a tire, how to take my medication
responsibly. And the list goes on and on. He
never gave up, never stopped teaching and
never stopped loving us. He's Dad to us even
though he's in jail. I lost my brother
Dwayne he died in 2012. It hurt me a lot
to loose the brother that I was close to

and who took on the roll as big brother.
Through my fathers knowledge the guidance I got
from my brother was the result of my father
instilling in him all the good qualities, humility
that was handed down from our grandpa. I
don't have no one but my father now and I
need him even more now that I'm older. I have
Leukemia and it's hard on me at times. Especially
when I'm in the hospital. My Dad calls me all
the time when I'm sick giving his love and
advice. He makes me fight for my life. The
treatments are draining but the encouragement
of my Dad and family gives me the strength
I need to recover. My Dad is an old man now.
He's 55 years old, his health isn't good either.
I'm afraid something is going to happen to him
before he makes it home. Sir Judge I'm asking
can you find it in your heart to allow my Daddy
a chance at an early release. He's sorry for what
he did. He just lost his sister, my Aunt Marcenia.
We call her Shawn. My Auntee Laura is raising
Shawn's grand kids. She's too old and don't have
anyone to help her. My Daddy could help her out.
My Daddy is not a bad man. He just made a
mistake and he's paying for it. He's been punished

a bunch of times since he's been in jail. Let me tell you, The punishments, he got 25 years, his son died, his Mother died, his sister died, his Aunt died, she helped raise him, his niece died 3 years old, my grandma died on my Mothers side, his uncle Bill died etc. etc. So many deaths that took place since he's been away. Sir Judge do you think my Daddy would come back to prison or get out and do something stupid after all this hurt, pain and stuff he went through and to top it off he's old with health problems and (I) his son has cancer. You know how cancer is sir, it's deadly. He has to live with this as well as I do. He's never seen any of his grand kids. They are getting big too. Ariyah is 11 years old and Kortel is 4 years old. And my other sister wants kids, she's 24. My Dad needs to be home. Judge please allow my Daddy to come home early. I need him. We need him. Thank you.

Dominique Slater

EXHIBIT GG# 2

DATE:          April 11th, 2022

FROM:          Clarence C. Atkinson II, CESCO,

REFERENCE:     Letter of Recommendation "Slater- 01235-112"

TO:   Whom it may Concern,

During my tenure with Mr. Slater, he has always demonstrated an exceptional
mastery of professional skills. Mr. Slater serves as a safety apprentice and
technician. Slater continuously seeks to broaden his professional horizons as an
employee. Mr. Slater over the years of service provides an intellectual
atmosphere conducive to the stimulation and interchange of ideas among his
peers during daily operations in a Safety Environment setting. He performs a
variety of office duties which include, but not limited to: composing general office
correspondence, filing, receiving weekly and monthly reports and maintaining
office records. When given a task he effectively communicates management
decisions to achieve understanding and acceptance with his co-workers.
Mr. Slater maintains our Mental Health Housekeeping Care Program,
he excels in analyzing and adjusting work procedures for maximum efficiency for
daily operations. Mr. Slater requires little if any supervision he thoroughly
analyzes conditions and reaches independent decisions. Slater encourages open
communications to achieve mutual understandings with staff and his peers. In
MHHCP he devotes appropriate time and effort to the development of
professional competence. Slater works harmoniously and effectively with staff
members. He is clever and imaginative when confronted with obstacles in his
daily task. Mr. Slater can be relied upon to accomplish the best possible results.

He can be relied upon to do the job and any other assigned task.

Slater assist management with the development of local policy, which is based on national directives. Slater monthly participates with management officials in the formulation, implementation, and evaluation of policies, procedures and programs including strategic planning process pertaining to his area of concern. Mr. Slater actively participate in various company committees and/or meeting as assigned, including Work Programming, Energy Conservation, Safety Environmental Management Systems, Budget.

Mr. Slater is encouraged to achieve one of the following professional certifications: Certified Hazardous Material Materials, Certified Safety Professional, and Certified Environmental Safety Management.

Mr. Slater has a calm, even temperament and always displays a natural charisma. He strives to grow professionally through continuous study and participation and will be a great contribution to society.

EXHIBIT 11

UNITED STATES GOVERNMENT

# Memorandum

### Federal Bureau of Prisons

#### Federal Medical Center
#### Bunter, North Carolina

Date:     January 11, 2022

Reply to
Attn of:    Richard McNeill, Safety Compliance Specialist

Subject:    Dwayne Slater # 01235-112

To:   Honorable Judge Morris C. England Jr.

I have supervised Mr. Slater, for about five years during my tenure as a Safety Compliance Specialist. Mr Slater, has displayed a great professional attitude towards work. Mr. Slater, has perform a variety of safety duties tasks at a high level of success.

Mr Slater, has work Housekeeping and Pest Control Operations that required a great deal of work and communication skills.

Mr Slater, maintain all cleaning equipment and supplies according to BOP policy. Mr. Slater, has received training in Blood Spill Procedures, Pest Control Operations, Waste Management Operations, and Surgical Procedures.

Mr Slater, has received several certifications during his tenue of service. To include certification in Energy Conservation Procedures, Hazardous Material Procedures, Floor Care Operations, Department of Labor Hospital Training Course, Perdue University Pest Control College Credits.

**Exh. 3, at 28**

During my 30 years of work-related experience with this agency, I can truly state that Mr. Slater, has displayed a professional attitude toward life and work without excuses.

Mr. Slater, put his full effort into any and all work-related tasks that required his input of performance.

Mr. Slater, was one of only two inmates at this institution who received COVID -19 training, to address safety and sanitation concerns.

As a man of God first and a Prince Hall Master Mason, I would never state any false statements about Mr. Slater, that would jeopardize my career with this agency.

Thank You for Your Time.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Correctional Institution I*

---

*P.O. Box 1000*
*Butner, North Carolina 27509*

To whom it may concern,

  I'm writing this letter in reference to Dwayne Slater Register #01235-112 who is currently being housed at FCI-1 Butner which is part of FCC Butner Complex located in Butner, NC.

  I am Jonathan Johnson a Maintenance Worker Supervisor at FCI-1 Butner and I currently have 19 years of law enforcement experience ranging from police officer, correctional officer, and facilities. Over my years of experience, I have dealt with numerous inmates and have learned to gauge inmates based on their character and whether they are ready to be beneficial members of society. Inmate Dwayne Slater #01235-112 is an orderly for the Safety Department at FCI-1 Butner and has been for numerous years. Slater was working for the Safety Department during and throughout the COVID-19 pandemic and was and is a huge asset to FCI-1 Butner. Slater put his own health and well being at risk to ensure the cleanliness and safety of the staff and inmates. Slater keeps a positive and upbeat attitude and is receptive to helping anywhere and anytime anyone needs him.

  In my personal opinion I feel as though Dwayne Slater #01235-112 will be a benefit to society and an asset to his community and deserves to go home to his family.

Thank you,

*Jonathan D Johnson*
Jonathan D Johnson
Maintenance Worker Supervisor

**Exh. 3, at 30**

# CERTIFICATE OF COMPLETION

THIS ACKNOWLEDGES THAT

# D. Slater

#01235-112

HAS SUCCESSFULLY COMPLETED THE

## FCC Butner AARP Foundation Finance
## 50+ FSA Program

December 2021

*J. Burchette, Correctional Counselor*