PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>DWAYNE LAMONT SLATER,<br><br>             Defendant. | CASE NO. 2:03-CR-00371-JAM-EFB<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on May 25, 2022. Docket No. 1223.

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

         a)      The government's response to the defendant's motion to be filed on or before June 16, 2022;

1    b)    The defendant's reply to the government's response to be filed on or before June

2    30, 2022.

3

4    IT IS SO STIPULATED.

5

6    Dated:  June 13, 2022                    PHILLIP A. TALBERT
                                              United States Attorney
7

8                                             /s/ JASON HITT
                                              JASON HITT
9                                             Assistant United States Attorney

10

11   Dated:  June 13, 2022                    /s/ JOHN BALAZS
12                                            JOHN BALAZS
                                              Counsel for Defendant
13                                            DWAYNE LAMONT SLATER

14

15                               **ORDER**

16       Based upon the stipulation and representations of the parties, the Court adopts the following as a

17   revised briefing schedule regarding the defendant's motion for sentence reduction:

18       a)    The government's response to the defendant's motion, (Docket No. 1223), is due on or

19   before June 16 2022;

20       b)    The defendant's reply to the government's response, if any, is due on June 30, 2022.

21

22   IT IS SO FOUND AND ORDERED this 13th day of June 2022.

23

24

25                                            /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
26                                            UNITED STATES DISTRICT COURT JUDGE

27

28

STIPULATION RE BRIEFING SCHEDULE          2