JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DWAYNE LAMONT SLATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-CR-0371-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SEAL DOCUMENTS** |
| DWAYNE LAMONT SLATER, | |
| Defendant. | |

Upon application of the defendant Dwayne Lamont Slater, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that defendant's Declaration of Counsel John Paul Balazs in support of defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

DATED: July 6, 2022        /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE