PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-cr-00371-JAM-EFB-1 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S REQUEST RE RESTITUTION; ORDER** |
| v. | |
| DWAYNE LAMONT SLATER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 2, 2024, the Defendant filed a request re restitution. Docket No. 1289. On January 8, 2024, the Court issued an order directing a response from the Government by January 16, 2024.

2. Counsel for the Government requests additional time to obtain and review documents pertaining to Slater's restitution request and draft a proper response. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's request as follows:

    a) The Government's response to the Defendant's request re restitution is to be filed

on or before February 7, 2024;

    b)    The Defendant's reply to the Government's response, if any, to be filed on or before February 14, 2024.

IT IS SO STIPULATED.

Dated: January 18, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: January 18, 2024

/s/ *John Balazs*
JOHN BALAZS
Attorney for Defendant
DWAYNE LAMONT SLATER

# ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following as a revised briefing schedule regarding the Defendant's request re restitution:

    a)    The Government's response to the Defendant's request, (Docket No. 1289), is now due on or before **February 7, 2024**;

    b)    The Defendant's reply to the Government's response, if any, is due on or before **February 14, 2024**.

IT IS SO FOUND AND ORDERED.

Dated: January 22, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE     2