UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE LAMONT SLATER,<br><br>Defendant. | No.  2:03-cr-00371-JAM-EFB-1<br><br>**ORDER GRANTING REQUEST RE RESTITUTION (ECF No. 1289)** |

On 01/02/2024, Defendant Dwayne Lamont Slater filed a motion requesting the Court permit him to keep his inheritance, rather than allow the government to seize and apply it toward his restitution obligation in this case. See ECF No. 1289. On 01/22/2024, the Court set a briefing schedule directing the Government to file a response by 02/07/2024. See ECF No. 1294.  As of today's date, the government has not filed a response.  Accordingly, Defendant's request (ECF No. 1289) is **GRANTED**.  The Clerk of Court is **DIRECTED** to return $13,402.66 to the defendant at: 504 N Palm Street, Turlock, California, 95380.

IT IS SO ORDERED.

Dated:  March 01, 2024            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE